Appendix A

## ALABAMA

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/to94aif2kv75ewv/Alabama%20Save%20Our%20Children%20Act%20%28SOCA%29%20%20.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/8emrcg1tgxy1h21/Alabama%20Social%20Media%20Accountable%20Censorship%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/scey7sm9uw2bc1k/Alabama%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/arekdug3hnvuvgn/Alabama%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause. PASSED

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/jwfrssthmwv7p5n/Alabama%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/6w6kpi58431k08p/Alabama%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause of the first amendment and the state Constitution.
https://www.dropbox.com/s/0jicwq58kc7ag94/Alabama%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.

https://www.dropbox.com/s/q82t79u0dkwa5py/Alabama%20Keep%20Roe%20Reversed%20For
ever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School
Shooter Act (TROS DASSA)** reinforcing the 2nd Amendment & stopping school shootings.
https://www.dropbox.com/s/ors6o63mjghzo64/Alabama%20Transferred%20Right%20Of%20Sel
f-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20
Matthew%20Mcconaughey%E2%80%99s%20Law.pdf?dl=0

# ALASKA
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/jcf06t7hze955cg/Alaska%20Save%20Our%20Children%20Act%20
%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary
Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/smerubbp58m4yvp/Alaska%20Socail%20Media%20Accountability%
20in%20Censorship%20Act%20%28S.M.A.C.%20Act%29%20-%20Google%20Docs.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the
establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/q6dav4w7u2q8kp7/ALASKA%20Stop%20the%20Wrongs%20to%20
Our%20Kids%20and%20Employees%20Act%20%28Stop%20W.O.K.E.%20Act_.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/0f9pl0dzvl2wl6u/Alaska%20School%20Estagblishment%20Clause%
20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/563uzumjoqe6owv/Alaska%20Time%20Release%20Educational%2
0Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/ii82xzd5zkttq3x/Alaska%20Truth%20In%20Reporting%20Act%20%
28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/ns0gfkr2wwsoqmh/Alaska%20Fight%20Exploitation%20Funding%2
0Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/679ehj3kwby8iho/Alaska%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/og02l0etgeglu9b/Alaska%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/sf5qslod4t64cjr/Alaska%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROSDASSA%29.pdf?dl=0

**ARIZONA**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/td5ps0qpsx9xdwt/Arizona%20Save%20Our%20Children%20Act%20%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/gokv5m33w7ww0t5/Arizona%20Social%20Media%20Accountability%20in%20Censorship%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/lcg2k0936r0l1m3/Arizona%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/9uui7s0s1p7qblo/Arizona%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/7am1wv2d7mwgvvw/Arizona%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/qibrc7mwvia1rp9/Arizona%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/30vbfwkook7qwe4/Arizona%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/newnwz3of2fqvkr/Arizona%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/visr1onfmi8uxc3/Arizona%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law & Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/uxaplc5lji9mmt8/Arizona%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20Mcconaughey%E2%80%99s%20Law.pdf?dl=0

## ARKANSAS

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/jkra61ikyf99780/Arkansas%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/8xcs6z9wfhsk0jp/Arkansas%20Social%20Media%20Accountability%20in%20Censorship%20Act%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/rg67h9muwikgu9w/Arkansas%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%20%28Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/yvsezd82ebslk2j/Arkansas%20School%20Establishment%20Clause%20Act%20%28SECA%29%20.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/beir49gndzad52d/Arkansas%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee **-** creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/7m7heb2ps1p186f/Arkansas%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/dcuu4cn5xbzjf5k/Arkansas%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/8vu5z01l141tx7k/Arkansas%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/ngd45lco70yyleo/Arkansas%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/xq2v5sism0zthjv/Arkansas%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

# CALIFORNIA
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/gbd922vmnpsf127/California%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from

censorship.https://www.dropbox.com/s/im4ipfi2r8c6kam/California%20Social%20Media%20Acc
ountable%20Censorship%20Act%20%28S.M.A.C.%20Act%29%20-%20Google%20Docs.pdf?d
l=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the
establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/xpu95mc82bm34fl/California%20Stop%20the%20Wrongs%20to%2
0Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.p
df?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/8ycrcd7ahzce84j/California%20School%20Establishment%20Claus
e%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/ytqbpvrvfbxfm42/California%20Time%20Release%20Credit%20Act
%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/8cio3ob1rzkpe3s/California%20Truth%20In%20Reporting%20Act%
20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. .
https://www.dropbox.com/s/8c817y4o4zdi1cu/California%20Fight%20Exploitation%20Funding%
20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/3hzn3j7tj5psuzq/California%20Coach%20Kenned
y%27s%20Law%20%282%29.pdf?dl=0

**9. Matthew McConaughey's Law  - Transferred Right Of Self-Defense Active School
Shooter Act (TROS DASSA)** reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/1yn5oqv65npjn59/California%20Transferred%20Right%20Of%20Se
lf-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20
Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0


**COLORADO**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/7d3xicwsx306fua/Colorado%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the state law exemption of section 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/zy6dgn4bjzognbb/Colorado%20Social%20Media%20Accountable%20Censorship%20Act%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/uusno2r74f18ual/Colorado%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/9qxep5cuu1j4cr2/Colorado%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause. https://www.dropbox.com/s/cci73429ucsyl42/Colorado%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - **Judiciary Committee** - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/hp74gkoeiivag0m/Colorado%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/7z8qlzy29zfqevk/Colorado%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/tab2jdn0d0m8qk8/Colorado%20Coach%20Kennedy%27s%20Law%20.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/0iflwh1cocn6e65/Colorado%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## CONNECTICUT
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/uglejmzegsjdzv6/Connecticut%20Save%20Our%20Children%20Act%20%28SOCA%29%20.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/iwo0wp4n4xoel7i/Connecticut%20Social%20Media%20Accountability%20in%20Censorship%20Act%20%28S.M.A.C.%20Act%29%20-%20Google%20Docs.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/xjrf5a3ud1ar68f/Connecticut%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/vrcpf8evp7ur4ej/Connecticut%20School%20Establishment%20Clause%20Act%20%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/mj93ee8naisundz/Connecticut%20%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/sfzfm63uo5db8ph/Connecticut%20Truth%20In%20Reporting%20%20Act%20%28TIRA%29%20.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/si8nk3tgxyaprix/Connecticut%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/g8la3ksyixus4tu/Connecticut%20Coach%20Kennedy%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/mlc9m5f6jfybrn2/Connecticut%20Transferred%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## DELAWARE

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/21i3b7c8x81fa9w/Delaware%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/b26uxctfzfbvebi/Delaware%20Social%20Media%20Accountable%20Censorship%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/0slgkq5xl4jl7k7/Delaware%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/ovrlnmlgiujf6qi/Delaware%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/d91anri75cjs0ss/Delaware%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.

https://www.dropbox.com/s/pmhjhubh0q11p1y/Delaware%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/x6s4dn3jy60jrec/Delaware%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/suchn9ynlyok84f/Delaware%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/q8c1fpr269ixtgv/Delaware%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**FLORIDA**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/t1ro80p22ufmawe/Florida%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/lg1tx1686r2wy5d/Florida%20Social%20Media%20Accountable%20Censorship%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/1vuadleok7rjcuj/Florida%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29%2C.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/zym8j2mmd0xxkxg/Florida%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.

https://www.dropbox.com/s/nk3hfl4js6n8xp3/Florida%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6.  Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/f6omgcem313o945/Florida%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7.  Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/jsnnb0zb5x0uges/Florida%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8.  Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/7e2jt3f7y8tdfhl/Florida%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9.  Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe*. https://www.dropbox.com/s/6x6mepnf4nzv9fi/Florida%20Keep%20Roe%20Reversed%20Forever%20.pdf?dl=0

**10.  Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/xxyn93wywjjo85n/Florida%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**GEORGIA**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/wzu2omk10y825vb/Georgia%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2.  Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/sni647g94mwqjdy/Georgia%20Social%20Media%20Accountable%20Censorship%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3.  Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.

https://www.dropbox.com/s/03xipzeozgion87/Georgia%20Stop%20the%20Wrongs%20to%20O
ur%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?
dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/osgedxjg4k4h3yj/Georgia%20School%20Establishment%20Clause
%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/74y4nij09l9fie4/Georgia%20Time%20Release%20Educational%20C
redit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/tsj3wjtwnhtr9su/Georgia%20Truth%20In%20Reporting%20Act%20
%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/6vzhrjya63pfzz2/Georgia%20Fight%20Exploitation%20Funding%20
Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/2g3f0m3oui2hp1w/Georgia%20Coach%20Kennedy%27s%20Law.p
df?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of
action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/n43h8xtsltpsge9/Georgia%20Keep%20Roe%20Reversed%20Forev
er%20Ac.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School
Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/nmojzm0szpjhe5k/Georgia%20Transferred%20Right%20Of%20Self
-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20
Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**HAWAII**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/1oi7d79duh6g6he/Hawaii%20Save%20Our%20Children%20Act%2
0%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/i5v87o5t4m4j6xc/Hawaii%20Social%20Media%20Accountable%20 Censorship%20Act%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/e5t788u0xvjy5n4/Hawaii%20Stop%20the%20Wrongs%20to%20Our %20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl =0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/yfroitpzj7yzh9a/Hawaii%20School%20Establishment%20Clause%2 0Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/dv8zg4vwwdmnac9/Hawaii%20Truth%20In%20Reporting%20Act% 20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/ph9sex1lmhiqktk/Hawaii%20Fight%20Exploitation%20Fundi ng%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/f37rgd04zbuetf1/Hawaii%20Coach%20Kennedy%27s%20Law.pdf? dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/xhxds099yo1mkmf/Hawaii%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20M atthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**IDAHO**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/hsewz5j7pflm1gn/Idaho%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/wrqd91p144y3ts9/Idaho%20Social%20Media%20Accountable%20Censorship%20Act%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/0pc627gndht3xg3/Idaho%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29%20.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/hppbh31kicnmr6a/Idaho%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/frvz63dnmn2eabq/Idaho%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/tidtqyjte12d7qs/Idaho%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/iy0dk0fn05o5278/Idaho%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29%20.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/j1nnp1mkm0iifno/Idaho%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.

https://www.dropbox.com/s/sjdp5x5xz9ls3ur/Idaho%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/yox366u3ijcxuxh/Idaho%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## ILLINOIS

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/v181x43q8mf4df0/Illinois%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/3uzqjnytnrt5i9g/Illinois%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/71ik7pd2ze9dy3v/Illinois%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.https://www.dropbox.com/s/a1feesofbdnd5sw/Illinois%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause. https://www.dropbox.com/s/faznu3kwmis6mao/Illinois%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/u5ak30j1co4szf0/Illinois%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. **PASSED**

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/1b92znlbs75eqh3/Illinois%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/w9rc6rgbj45vlvu/Illinois%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20LawA%29.pdf?dl=0

## INDIANA
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/e6xn67a6e4p2v1i/Indiana%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/12iht2g1zfhj1sn/Indiana%20Social%20Media%20Accountable%20Censorship%20Act%20%28S.M.A.C.%20Act%29%20.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/ugsxg9peqse3imy/Indiana%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/zb0a6jtqgiodw92/Indiana%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/od95heu889ceqsr/Indiana%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/lu11mg3x13nzrdn/Indiana%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

7. **Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/tunkffr4xu4f9td/Indiana%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

8. **Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/mktavrdsctiadl8/Indiana%20Coach%20Kennedy%27s%20Law.pdf?dl=0

9. **Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned. https://www.dropbox.com/s/ajvgxysyrkasihj/Indiana%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

10. **Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/7n9fb4rmnzguley/Indiana%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## IOWA

1. **Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/ea6ls8gwxnqcp90/Iowa%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

2. **Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/9p1qjmbhfq89ay7/IOWA%20Social%20Media%20Accountability%20in%20Censorship%20Act%20%28the%20SMAC%20Act%29.pdf?dl=0

3. **Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/c71a0u0ec328oi6/Iowa%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

4. **School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/95c4tdm3bm4etnq/Iowa%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/prbxh5lb4lgdc36/Iowa%20Time%20Release%20Educational%20Credit%20Act.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/e5u3lyky2y0d76z/Iowa%20Truth%20In%20Reporting%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/9d0k79qf9x6dd2u/Iowa%20Fight%20Exploitation%20Funding%20Act%20.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/ixb5cj5m12abkq8/Iowa%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/ee5wrexmlyh0k7w/Iowa%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/y58s0gztt0wpwzv/Iowa%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

# KANSAS
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/1lrxxnu3gswd2ew/Kansas%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/u21ptly1kc97onn/Kansas%20Social%20Media%20Accountable%20Censorship%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.

https://www.dropbox.com/s/4wokywroxsd9t8s/Kansas%20Stop%20the%20Wrongs%20to%20O
ur%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?
dl=0

**4.  School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/dqpieomjbjdokwn/Kansas%20School%20Establishment%20Clause
%20Act%20%28SECA%29.pdf?dl=0

**5.  Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/qq7ien5me3j83d6/Kansas%20Time%20Release%20Educational%2
0Credit%20Act%20%28TRECA%29%20.pdf?dl=0

**6.  Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/oav1v23pg6s9y01/Kansas%20Truth%20In%20Reporting%20Act%2
0%28TIRA%29.pdf?dl=0

**7.  Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/bfey3v3g6rceqve/Kansas%20Fight%20Exploitation%20Funding%20
Act%20%28FEFA%29.pdf?dl=0

**8.  Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/z8slav175nz5xzc/Kansas%20Coach%20Kennedy%27s%20Law.pdf
?dl=0

**9.  Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of
action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/rnrtptgpknw5y5c/Kansas%20Keep%20Roe%20Reversed%20Forev
er%20Act.pdf?dl=0

**10.  Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School
Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/80v3sxu621zn2s1/Kansas%20Transferred%20Right%20Of%20Self-
Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20M
atthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

# KENTUCKY
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/wlkgjxsvj8r5i6a/Kentucky%20Save%20Our%20Children%20Act%20
%28SOCA%29%20%282%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/dynrhipw9g8978l/Kentucky%20Social%20Media%20Accountability%20in%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/y2zwv8vumhohmqz/Kentucky%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/fvvbk2fncgu0kmu/Kentucky%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
**PASSED**

**6. Truth In Reporting Act (TIRA) also called "Kyle's Law"** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/z6m7d7ldnj8kg8d/Kentucky%20Truth%20In%20Reporting%20Act%20%28TIRA%29%20%281%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/twkoxysxfef2cib/Kentucky%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/rfbf70qo7ifgr9f/Kentucky%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/3yg7mwv4ginb9eu/Kentucky%20Keep%20Roe%20Reverse%20Forever%20Act.pdf?dl=0

**LOUISIANA**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/lgru6yx1or4iatn/Louisiana%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/nyehsp35xgpajt9/Louisiana-2021-SB196-Engrossed%20%283%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/4349436oe2hsoxi/Louisiana%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/g1k9l9ljmxqt04l/Louisiana%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/008k38foa9kxbxx/Louisiana%20TRECA%20time%20release%20educational%20credit%20act.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/dl4j81q7lhozo0c/Louisiana%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/l64x25ucegerov1/Louisiana%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/pwur7rekqc1ojgn/Louisiana%20Coach%20Kennedy%27s%20Law%20.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/86t82qvvurmmggf/Louisiana%20Keep%20Roe%20Reversed%20Fo rever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforces the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/duxtfjpbhcelflr/Louisiana%20Transferred%20Right%20Of%20Self-D efense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Mat thew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## MAINE
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/2sita8ayqq7vl23/Maine%20Save%20Our%20Children%20Act%20% 28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/bzwibdt32d1yoiu/Maine%20Social%20Media%20Accountable%20C ensorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/8q5nlrwwiz8mjpi/Maine%20Stop%20the%20Wrongs%20to%20Our %20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl =0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/n6t39pjf89gjh1a/Maine%20School%20Establishment%20Clause%2 0Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/yl74nh9ezuxybep/Maine%20TRECA%20Time%20Release%20Educ ational%20Credit%20Act.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/o0ea1xs439shoek/Maine%20Truth%20In%20Reporting%20Act%20 %28TIRA%29.pdf?dl=0

7. **Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/sp096b1orlqg1uu/Maine%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

8. **Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/nrgg37sxopazdie/Maine%20Coach%20Kennedy%27s%20Law.pdf?dl=0

9. **Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned. https://www.dropbox.com/s/5xmcy3f1hvchpng/Maine%20Keep%20Roe%20Reversed%20Forever%20Act%20.pdf?dl=0

10. **Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/2x4a69588br6dne/Maine%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0


## MARYLAND

1. **Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/4nkza8ad6ekrmfl/Maryland%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

2. **Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/az74n7xy4o5jy3h/Maryland%20Social%20Media%20Accountability%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

3. **Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/9hgw9mtvul04ce8/Maryland%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%20the%20Stop%20W.O.K.E.%20Act%29%20.pdf?dl=0

4. **School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/gptu281dtbg1u87/Maryland%20School%20Establishment%20Clause%20Act%20%28SECA%29%20.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/kszopbv688kfb7c/Maryland%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/z65tin55o96bd23/Maryland%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/yw8qjxp9t4cwbkq/Maryland%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/v7dugldhl12968j/Maryland%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/kdwjatygrndokia/Maryland%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## MASSACHUSETTS
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/umhnhklgzbtbm50/Massachusetts%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/wt42n03qh0q5xqd/Massachusetts%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/3uhhj9jbguahli5/Massachusetts%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/zfx1d9w7xx4gzqt/Massachusetts%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/99sifxp771xb9ms/Massachusettes%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/8ab7q86nihgaz9w/Massachusetts%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/22qoi1s6sw5sohs/Massachusetts%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/r7akoxviwk85fmf/Massachusetts%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/h45x42rzzpa9m03/Massachusetts%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law%20.pdf?dl=0

**MICHIGAN**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/awt6er8s3ncb2t8/Michigan%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/f7ku50l1enljm55/Michigan%20the%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/jpg7qautfohd504/Michigan%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/i2hkm6yabqubvd0/Michigan%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/ia7y42aw4djympa/Michigan%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/ldd097u54swpvuc/Michigan%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/6197wodu682f0ya/Michigan%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/9q8v2qhreci78sb/Michigan%20Coach%20Kennedy%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/vhf4wjls0xwv563/Michigan%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law- Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/oy7uz8t7t9777bk/Michigan%20ransferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**MINNESOTA**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/c7k06syg5ocoy1v/Minnesota%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/exlnivkq8zw034u/Minnesota%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/9ww5padgzakobbf/Minnesota%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/1rx5os53471sgny/Minnesota%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/v2grwl9imyxvnsk/Minnesota%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/y9eymg8sfw8pq2j/Minnesota%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/zwlcaktusjdthmp/Minnesota%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/dpw2i6yd7vyo30y/Minnesota%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.

https://www.dropbox.com/s/xdyopj5qwkk9ys3/Minnesota%20Keep%20Roe%20Reversed%20F
orever%20Act%20.pdf?dl=0

10.  Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter
Act (TROS DASSA), a.k.a - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/95rh6rc2re0ymj3/Minnesota%20Transferred%20Right%20Of%20Se
lf-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20
Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0


**MISSISSIPPI**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/q4oduulplmekrzp/Mississippi%20Save%20Our%20Children%20Act
%20%28SOCA%29%20.pdf?dl=0


**2.  Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary
Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/stdev75z9h220ve/Mississippi%20Social%20Media%20Accountable
%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0


**3.  Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the
establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/ahwuxu6fuk4hoxx/Mississippi%20the%20Stop%20the%20Wrongs%
20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Ac
t%29.pdf?dl=0


**4.  School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/nxdz94ehmasz2l5/Mississippi%20School%20Establishment%20Cla
use%20Act%20%28SECA%29.pdf?dl=0


**5.  Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/xk5d2udn6ut8njh/Mississippi%20Time%20Release%20Educational
%20Credit%20Act%20%28TRECA%29.pdf?dl=0


**6.  Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/9yhc17lcn3n0r87/Mississippi%20Truth%20In%20Reporting
%20Act%20%28TIRA%29.pdf?dl=0


**7.  Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.

https://www.dropbox.com/s/9a58c63gf5mk9yi/Mississippi%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

8. **Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/n0iv1tgjrean5u4/Mississippi%20Coach%20Kennedy%27s%20Law.pdf?dl=0

9. **Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/tdg3bpmu5bb7ezm/Mississippi%20Keep%20Roe%20Reversed%20Forever%20Act%20%281%29.pdf?dl=0

10. **Matthew McConaughey's Law  - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)**  - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/3w74gginsrh107e/Mississippi%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## MISSOURI
1. **Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/00f5x6b2l4fnr6t/Missouri%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

2. **Save Our Children Resolution.**
https://www.dropbox.com/s/s537n0al3sxg7va/Missouri%20Save%20Our%20Children%20Resolution%20.pdf?dl=0

3. **Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/p1fejlypwbvhnbc/Missouri%20Social%20Media%20Accountability%20in%20Censorship%20%28S.M.A.C.%20Act%29.pdf?dl=0

4. **Social Media Accountable Censorship Resolution.**
https://www.dropbox.com/s/mvptp0ygnzra7os/Missouri%20%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29%20Resolution.pdf?dl=0

5. **Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/mgn4pcglmyw6jzt/Missouri%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**6. Stop W.O.K.E. Resolution.**
https://www.dropbox.com/s/zr92phjly9fjvnq/Missouri%20Stop%20WOKE%20resolution%20.pdf?dl=0

**7. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/7cmkba96r86noy7/Missouri%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**8. School Establishment Clause Resolution.**
https://www.dropbox.com/s/f700nj3ecqxkiat/Missouri%20School%20Establishment%20Clause%20Resolution%20.pdf?dl=0

**9. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/grgnm46sreovk23/Missouri%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29%20.pdf?dl=0

**10. Kyle's Law** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/3lo8y6ca0oku8uc/Missouri%20Kyle%27s%20Law.pdf?dl=0

**11. Kyle's Resolution.**
https://www.dropbox.com/s/0plhjwah5g64wo3/Missouri%20Kyle%27s%20law%20resolution%20.pdf?dl=0

**12. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/aaqcpwhf95yvbgw/Missouri%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**13. Fight Exploitation Funding Resolution.**
https://www.dropbox.com/s/srdvg80p0bnb2tk/Missouri%20Fight%20Exploitation%20Funding%20Resolution.pdf?dl=0

**14. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/52muzkyan6bnx0n/Missouri%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**15. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/lm8qe9u109zy7ez/Missouri%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29.pdf?dl=0

## MONTANA

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/8hb6oo16mm1zz5v/Montana%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.https://www.dropbox.com/s/ifnx9rp00eqfa4x/Montana%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/w91w12ghg9jjpai/Montana%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/5ew6iu8ysu93ajy/Montana%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/0lrgxkc410t24jr/Montana%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29%20.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/y92vteqwxxnkixs/Montana%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/twpyfzhmds5g1q2/Montana%20Fight%20Against%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/epcmhwvh31h61jn/Montana%20Coach%20Kennedy%27s%20Law%20.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/ejs56oc3hyoypmz/Montana%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law -Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/ykg66s4zrrkhm0e/Montana%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## NEBRASKA

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/zu2gzs2tbk64ybp/Nebraska%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/ld94udfb7qr0o11/Nebraska%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20SMAC%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/fqv5yuakh2gfwpg/Nebraska%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/2gelm3yl0r17o92/Nebraska%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/wskgqutpt65d5j3/Nebraska%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

6. **Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/7ubcnxha44dd2xg/Nebraska%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

7. **Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/w6uq2etbnnwle2z/Nebraska%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

8. **Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/cdbj3haaobdz5wg/Nebraska%20Coach%20Kennedy%27s%20Law.pdf?dl=0

9. **Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned for good.
https://www.dropbox.com/s/o6tvkjh6yypk8tr/Nebraska%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

10. **Matthew McConaughey's Law** - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA) - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/zsdwoo3m1hs3yt8/Nebraska%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## NEW HAMPSHIRE

1. **Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/2pvdh4wuf2ezz05/New%20Hampshire-2021-HB93-Introduced%20_1_.pdf?dl=0

2. **Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/ved3hd85zib9uc9/New%20Hampshire%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

3. **Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/1ppj9sqi841fvxy/New%20Hampshire%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/m4a0x7ugbez3jw8/New%20Hampshire%20School%20Establishment%20Clause%20Act%20.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/gx9jsyguqjxo1tc/New%20Hampshire%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29%20%281%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/6voxsjlgfgt2u21/New%20Hampshire%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/68ipsoxcm9axhlc/New%20Hampshire%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/i21sdq3ejnnwv1s/New%20Hampshire%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/hqo3sa8ltwi45qi/New%20Hampshire%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/67sttc6448sh9zu/New%20Hampshire%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law%20.pdf?dl=0

**NEW JERSEY**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/udcl5olrybnixd6/New%20Jersey%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.

https://www.dropbox.com/s/ju7bhe8a9k2p6kw/New%20Jersey%20Social%20Media%20Accountability%20in%20Censorship%20Act%20%28SMAC%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/cktqtw3s7wsslcx/New%20Jersey%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/blixe8utjs9r8d2/New%20Jersey%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/484beqrzpgihz7m/New%20Jersey%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/yrnge0un2ztw7cn/New%20Jersey%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/1h8bxdxyd1m7cjq/New%20Jersey%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/ak45esbr62atwro/New%20Jersey%20Coach%20Kennedy%27s%20Law%20.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/ggyzpcgajp3eod0/New%20Jersey%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/z128vfkxskhy5za/New%20Jersey%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**NEW MEXICO**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.https://www.dropbox.com/s/sampjfehgjhyn3s/New%20New%20Mexico%20Save%20Our%20Children%20Act%20%28SOCA%29%20.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/iroxt5lisbpyeid/New%20Mexico%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29%20.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/uexpec5pthjx2o2/New%20Mexico%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/q5u8al6088hpbsq/New%20Mexico%20School%20Establishment%20Clause%20Act%20%28SECA%29%20.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause. https://www.dropbox.com/s/jsblpuugs4bft9p/New%20Mexico%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/w6i6si68eizpk18/New%20Mexico%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/12412e83k7e036b/New%20Mexico%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/rbtg2u7br471w83/New%20Mexico%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/n26dry562mows0g/New%20Mexico%20Transferred%20Right%20O f%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%2 0or%20Matthew%20McConaughey%E2%80%99s%20Law%20.pdf?dl=0

## NEW YORK
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/d4jadmrkbw1o3gm/New%20York%20Save%20Our%20Children%2 0Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/1pil6o11730l4el/New%20York%20Social%20Media%20Accountable %20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/jgxuea862ah4e9i/New%20York%20the%20Stop%20the%20 Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%2 0W.O.K.E.%20Act%29.pdf?dl=0

**4.  School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/d55z491zzmvw1s0/New%20York%20School%20Establishment%20 Clause%20Act%20%28SECA%29.pdf?dl=0

**5.  Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/lwl6kdklsy2wytv/New%20York%20Time%20Release%20Educationa l%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6.  Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/1pfnbkwthr8vc5m/New%20York%20Truth%20In%20Reporting%20A ct%20%28TIRA%29.pdf?dl=0

**7.  Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/qniksly41fw9j9f/New%20York%20Fight%20Exploitation%20Funding %20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/ixb808uu7uqgggh/New%20York%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/zfw7iaykjvvq786/New%20York%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**NORTH CAROLINA**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/uoienaytpxp00ae/Nort%20Carolina%20Stop%20Social%20Media%20Censorship%20Act%20SB%20497?dl=0
https://www.dropbox.com/s/uoienaytpxp00ae/Nort%20Carolina%20Stop%20Social%20Media%20Censorship%20Act%20SB%20497.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/vf2h7nm9yvy09f6/North%20Carolina%20the%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E%20.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/ysu5ns8hke53250/North%20Carolina%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/c6dif1ygaszb7i8/North%20Carolina%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/igbmdav47rzx23s/North%20Carolina%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

7. **Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/w0jp2whb3ss2v7f/North%20Carolina%20Fight%20Exploitation%20 Funding%20Act%20%28FEFA%29.pdf?dl=0

8. **Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/1fvj04a833vq6t9/North%20Carolina%20Coach%20Kennedy%27s% 20Law%20.pdf?dl=0

9. **Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned. https://www.dropbox.com/s/8i9t7slfs4fv7ym/North%20Carolina%20Keep%20Roe%20Reversed %20Forever%20Act.pdf?dl=0

10. **Matthew McConaughey's Law  - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/06x0wd46dlnyz8p/North%20Carolina%20Transferred%20Right%20 Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29 %20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## NORTH DAKOTA
1. **Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/48u5fmcryeh9hzg/North%20Dakota%20Save%20Our%20Children %20Act%20%28SOCA%29.pdf?dl=0
2. **Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/goo3hmsvieusnad/North%20Dakota%20Social%20Media%20Accou ntable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

3. **Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/971ltzfradfovwg/North%20Dakota%20the%20Stop%20the%20Wron gs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.% 20Act%29.pdf?dl=0

4. **School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/qczl9t2x0uo4rsb/North%20Dakota%20School%20Establish ment%20Clause%20Act%20%28SECA%29.pdf?dl=0

5. **Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.

https://www.dropbox.com/s/kzhyolvfo5h45uk/North%20Dakota%20Time%20Release%2
0Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/4k65in6assgyvgj/North%20Dakota%20Truth%20In%20Reporting%2
0Act%20ITIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/2mgfq6f8kc6tkbd/North%20Dakota%20Fight%20Exploitation%20Fu
nding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/b9od0kk02g8sx56/North%20Dakota%20Coach%20Kennedy%27s%
20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of
action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/tdkpsgbbgciigpc/North%20Dakota%20Reverse%20Roe%20Forever
%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School
Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/kg1zzdal30ho4um/North%20Dakota%20Transferred%20Right%20O
f%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%2
0or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**OHIO**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/sqk2ymkin99wnba/Ohio%20Save%20Our%20Children%20
Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary
Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/9tvy8su7buun5f5/Ohio%20Social%20Media%20Accountable%20Ce
nsorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the
establishment clause to ban CRT in K - 12.

https://www.dropbox.com/s/8keojhulwte20ez/Ohio%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4.  School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/na9psdfpocrsts0/Ohio%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5.  Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/l515q9ibgldvtz3/Ohio%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6.  Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/rskvf5l5meihquo/Ohio%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7.  Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/9mycjpojbj8526w/Ohio%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8.  Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/8z43f34zdopl038/Ohio%20Coach%20Kennedy%27s%20Law%20.pdf?dl=0

**9.  Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/s7zmgvnfv6nt9wl/Ohio%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10.  Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/eloexeqvaoy5p6p/Ohio%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## OKLAHOMA
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/nt3ea6z7ismpwu1/Oklahoma%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

2. **Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.

3. **Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/9b9w8bjywoiyeye/Oklahoma%20Stop%20the%20Wrongs%20to%2
0Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.p
df?dl=0

4. **School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/788omz7jfeavpaa/Oklahoma%20School%20Establishment%20Clau
se%20Act%20%28SECA%29.pdf?dl=0

5. **Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/67n449323qn6qt6/Oklahoma%20Time%20Release%20Educational
%20Credit%20Act%20%28TRECA%29.pdf?dl=0

6. **Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/xzmlf5ucv81scll/Oklahoma%20Truth%20In%20Reporting%20Act%2
0%28TIRA%29.pdf?dl=0

7. **Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/c6wg2lvp1cowwek/Oklahoma%20Fight%20Exploitation%20Funding
%20Act%20%28FEFA%29.pdf?dl=0

8. **Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/y25kickwe6mwtx9/Oklahoma%20Coach%20Kennedy%27s
%20Law.pdf?dl=0

9. **Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/nvbw5fahmr07swm/Oklahoma%20Keep%20Roe%20Reversed%20
Forever%20Act.pdf?dl=0

10. **Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.

https://www.dropbox.com/s/njx9yxm9tu1p4o7/Oklahoma%20Transferred%20Right%20Of%20S
elf-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%2
0Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**OREGON**

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/0qpwwmvsqh0glhc/Oregon%20Save%20Our%20Children%20Act%
20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary
Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/b9j1pu4zknh6w2f/Oregon%20Stop%20Social%20Media%20Accoun
table%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the
establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/oqhiw2nevt22msc/Oregon%20Stop%20the%20Wrongs%20to%20O
ur%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?
dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/b8pab7va3ouiqfx/Oregon%20School%20Establishment%20Clause
%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/r06212d894zskde/Oregon%20Truth%20In%20Reporting%20Act%2
0%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/zimr916gm4r1hjm/Oregon%20Fight%20Exploitation%20Funding%2
0Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/hr3fczjj7bke1ji/Oregon%20Coach%20Kennedy%27s%20Law.pdf?dl
=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/qa41opk9xl81e8d/Oregon%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## PENNSYLVANIA

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/64q97xhhx1u52kv/Pennsylvania%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/6lst8327tjpfs0w/Pennsylvania-2021-SB604-Introduced.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/fzqgz76b4m8w122/Pennsylvania%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/cxvkcozhs3hgura/Pennsylvania%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/aw4brjlmzgy5zfj/Pennsylvania%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/k9ookl8xbgvggk4/Pennsylvania%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/5fwm7db8dykzgh4/Pennsylvania%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/nwsajkn1a55cehh/Pennsylvania%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned
https://www.dropbox.com/s/wp64gznzdutbegq/Pennsylvania%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/ihib0068pxxeqsa/Pennsylvania%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## RHODE ISLAND
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/ce7z17hnnynadi0/Rhode%20Island%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/ve0a3ibhyv9n7l9/Rhode%20Island%20Social%20Media%20Accountability%20in%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/tdyzlmld0uflw1n/Rhode%20Island%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/pkv8khfbnpzg3e2/Rhode%20Island%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/otsmmuj0bnbwp53/Rhode%20Island%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/0h5mlnrzhbyoam5/Rhode%20Island%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/tgpnmz44k94861z/Rhode%20Island%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/ns7mdm80tbem0t9/Rhode%20Island%20Coach%20Kennedy%27s%20Law%20.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/iql3sqztscnc8rm/Rhode%20Island%20Transfer%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%E2%80%99s%20Law%20.pdf?dl=0

## SOUTH CAROLINA

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/ktlzdipu5echcwr/South%20Carolina%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/smr64n5f6f05djv/South%20Carolina%20Social%20Media%20Accountability%20in%20Censorship%20Act%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/4aplpsa9gg8osh9/South%20Carolina%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/5l96l51yx651c1y/South%20Carolina%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/h9v2aehx1i30tlc/South%20Carolina%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/2lw7wh3spgv23dh/South%20Carolina%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/4r8mzzt8800pzmt/South%20Carolina%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/46st8cfbw13x3vl/South%20Carolina%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/vbfeb0jx3qrqx7a/South%20Carolina%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/r4l3psvonw978aj/South%20Carolina%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law%20.pdf?dl=0

## SOUTH DAKOTA
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/bg9cjz900gvq8uu/South%20Dakota%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/zpt8xigmqd4ta53/South%20Dakota%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.

https://www.dropbox.com/s/fahs9aorjxd7806/South%20Dakota%20Stop%20the%20Wrongs%20
to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%
29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/ixsq8t7zv6izi6h/South%20Dakota%20School%20Establishment%20
Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/mwdv8wvrkk02a0l/South%20Dakota%20Time%20Release%20Edu
cational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/vud43e3kdphn7qf/South%20Dakota%20Truth%20In%20Reporting
%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/xoivmlfpriaezl5/South%20Dakota%20Fight%20Exploitation%20Fun
ding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/un30n4yrpsacsz1/South%20Dakota%20Coach%20Kennedy%27s%
20Law%20.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of
action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/59707qks1ckv4r6/South%20Dakota%20Keep%20Roe%20Reverse
d%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School
Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/nog9yn4swq0ws3a/South%20Dakota%20Transferred%20Right%20
Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29
%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## TENNESSEE
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex
trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/2x8j3cmoneb02im/Tennessee%20Save%20Our%20Children%20Act%20%2
8SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/450fx221053rc3a/Tennessee%20Social%20Media%20Accountable%20Censorship%20Act%20%28S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/xnjfze5z5jtetpf/Tennessee%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/z5dvdccfbr740wn/Tennessee%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/15ba85znnnf66ww/Tennessee%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/b6ugtkh0drdw5b0/Tennessee%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/vr5g51x5e6e4itx/Tennessee%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/84th9ozzpi08f15/Tennessee%20Coach.%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/tt1d1qn1qd6o84f/Tennessee%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.

https://www.dropbox.com/s/e1rlt3g6jsbw1ad/Tennessee%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## TEXAS
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/meh3p1aljs83zof/Texas%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/jvxyvf6adkq54p0/Texas%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/uaa8zmyif6gnvnj/Texas%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/jrw0v77rdikizqm/Texas%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/u2q1ojfzc37pd70/Texas%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/m2lcuhq9g99euqi/Texas%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. **PASSED**

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.

https://www.dropbox.com/s/lzyvzvlmpj2bms7/Texas%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/5spt4enyfup3lqj/Texas%20Keep%20Roe%20Reversed%20Forever%20Act%20.pdf?dl=0

**10. Matthew McConaughey's Law  - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/junczrbfrqya5xr/Texas%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**UTAH**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/655kctnxq53tp24/Utah%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/a6o5v54yl90odfh/Utah%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/0rw10qw69ca7htl/Utah%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/kxvegu7oqg4okht/Utah%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/n9q8vh2sbd4ue7r/Utah%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/gczasurt0ha61kp/Utah%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/7dp207epfh9qeof/Utah%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/9adiyfx9miq833z/Utah%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/wxwsrcplnlmaxq6/Utah%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/us3160adm3nlw6q/Virginia%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**11. Matthew McConaughey's Law -Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/nt0qw2a1ryz897b/Utah%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**VERMONT**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/rcpby6jgatp59js/Vermont%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/mp7vqmqe3p9y3sz/Vermont%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/wr2ctdxcs0mefnj/Vermont%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/877gi2ppc4wtjk5/Vermont%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
**PASSED**

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/fr1muzcvo5ilbzd/Vermont%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/bvlfexi39h8sfig/Vermont%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/cyn99aj9cduh90i/Vermont%20Coach%20Kennedy%27s%20Law%20.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/s5ooqqaijmeiybe/Vermont%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**11. Matthew McConaughey's Law  - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/s5ooqqaijmeiybe/Vermont%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## VIRGINIA

**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/koi98njq0q427pz/Virginia%20Save%20Our%20Children%20Act%20%20%28SOCA%20%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.

https://www.dropbox.com/s/9uxy9xpzsdcq704/Virginia%20Social%20Media%20Accountable%2
0Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the
establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/j7bj2yl72ysdxpe/Virginia%20Stop%20the%20Wrongs%20to%20Our
%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl
=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/s2pqb5eoshmxzp4/Virginia%20School%20Establishment%20Claus
e%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/kjfj7prn5ztbn6v/Virginia%20Time%20Release%20Educational%20C
redit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/bocuv6oviv1ej23/Virginia%20Truth%20In%20Reporting%20Act%20
%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/5y2bdtl3jxzemcc/Virginia%20Fight%20Exploitation%20Funding%20
Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/q72287om1ich9t8/Virginia%20Coach%20Kennedy%27s%20Law.pdf
?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School
Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/41f8x6f7llzj0ls/Virginia%20Transferred%20Right%20Of%20Self-Def
ense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matth
ew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## WASHINGTON
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.

https://www.dropbox.com/s/zva8n6d4xp015c3/Washington%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/h3e5rksug6p4dvk/Washington%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/rday8p0a9gocvr3/Washington%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/zf64scvs9dq5guz/Washington%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause. https://www.dropbox.com/s/wcbsovjp33zqyod/Washington%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/4hso3jle4z0lbcw/Washington%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation. https://www.dropbox.com/s/0i72dujl3pcssuu/Washington%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution. https://www.dropbox.com/s/n1daf566eti8rjl/Washington%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.

https://www.dropbox.com/s/nohest04878hcwk/Washington%20Transferred%20Right%20Of%20
Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%
20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**WEST VIRGINIA**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to
prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/gfhnw4fbe6p74iy/West%20Virginia%20Save%20Our%20Children%
20Act%20%28SOCA%29.pdf?dl=0

**2.  Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary
Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/frb3o2hi2d2rwd6/West%20Virginia%20Social%20Media%20Accoun
table%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3.  Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the
establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/rp773ncymgybv3v/West%20Virginia%20Stop%20the%20Wrongs%2
0to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act
%29.pdf?dl=0

**4.  School Establishment Clause Act (SECA)** - Education Committee - weaponizes the
establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/7pfrr3m7hc9nzv4/West%20Virginia%20School%20Estalbishment%
20Clause%20Act%20%28SECA%29.pdf?dl=0

**5.  Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get
prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/2jp5df0j8891wf5/West%20Virginia%20Time%20Release%20Educati
onal%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6.  Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation
in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/5ttkulh8czxe2xi/West%20Virginia%20Truth%20In%20Reporting%20
Act%20%28TIRA%29.pdf?dl=0

**7.  Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee
on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/5ttkulh8czxe2xi/West%20Virginia%20Truth%20In%20Reporting%20
Act%20%28TIRA%29.pdf?dl=0

**8.  Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports
event pursuant to the free exercise clause and the state Constitution.

https://www.dropbox.com/s/p9gnlc3mg6aumql/West%20Virginia%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned. https://www.dropbox.com/s/xtu3siqegyjgixg/West%20Virginia%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10. Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings. https://www.dropbox.com/s/meh7uyu2mfhi3oo/West%20Virginia%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

**WISCONSIN**
**1. Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default. https://www.dropbox.com/s/dyaqhb4s2yoqvdt/Wisconsin%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

**2. Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship. https://www.dropbox.com/s/38nangrryvwdtpt/Wisconsin%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

**3. Stop W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12. https://www.dropbox.com/s/k61d5carfu19u03/Wisconsin%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

**4. School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12. https://www.dropbox.com/s/7d0bcfu1mobgw8d/Wisconsin%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause. https://www.dropbox.com/s/5zd6ymc377kdc3u/Wisconsin%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA) -** Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties. https://www.dropbox.com/s/tgb22k2jsdp0i4v/Wisconsin%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

7. **Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/04s7eqb4ezmz72q/Wisconsin%20Fight%20Exploitation%20Funding%20Act%20%28FEFA%29.pdf?dl=0

8. **Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/49sb66cca0ccrxu/Winsconsin%20Coach%20Kennedy%27s%20Law.pdf?dl=0

9. **Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/u2ucj98ibfei0wj/Wisconsin%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

10. **Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)** - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/lp3gwkw0vtkhj4s/Wisconsin%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

## WYOMING
1. **Save Our Children Act (SOCA)** - Commerce committee - filters on Internet devices to prevent sex trafficking and protect minors from harmful websites by default.
https://www.dropbox.com/s/ufos3fr5xtwid3z/Wyoming%20Save%20Our%20Children%20Act%20%28SOCA%29.pdf?dl=0

2. **Social Media Accountable Censorship Act (the S.M.A.C. Act)** - Judiciary Committee - falls within the exemption of 230(e)(3) CDA to protect consumers from censorship.
https://www.dropbox.com/s/8mwq3alg1tonmu7/Wyoming%20Social%20Media%20Accountable%20Censorship%20Act%20%28the%20S.M.A.C.%20Act%29.pdf?dl=0

3. **Stop  W.O.K.E. Act** - Education Committee - Education Committee - weaponizes the establishment clause to ban CRT in K - 12.
https://www.dropbox.com/s/ylwhswgp8bxsw25/Wyoming%20Stop%20the%20Wrongs%20to%20Our%20Kids%20and%20Employees%20Act%20%28the%20Stop%20W.O.K.E.%20Act%29.pdf?dl=0

4. **School Establishment Clause Act (SECA)** - Education Committee - weaponizes the establishment clause to ban policies that promote LGBTQ orthodoxy in K - 12.
https://www.dropbox.com/s/23gw3u2p8s1eci9/Wyoming%20School%20Establishment%20Clause%20Act%20%28SECA%29.pdf?dl=0

**5. Time Release Educational Credit Act (TRECA)** - Education Committee - a bill to get prayer back in school in a manner that does not violate the establishment clause.
https://www.dropbox.com/s/jf6gs4kjw3cazy0/Wyoming%20Time%20Release%20Educational%20Credit%20Act%20%28TRECA%29.pdf?dl=0

**6. Truth In Reporting Act (TIRA)** - Judiciary Committee - creates new tort defamation in-kind regarding selective reporting by media outlets of certain cases to protect civil liberties.
https://www.dropbox.com/s/b1qpg7w0tzxye92/Wyoming%20Truth%20In%20Reporting%20Act%20%28TIRA%29.pdf?dl=0

**7. Fight Exploitation Funding Act (FEFA)** - Tax Committee - Imposes a $5 admission fee on adult establishments to be deposited into a grant fund for non-profits that fight exploitation.
https://www.dropbox.com/s/v5riknnwh6cqg1e/Wyoming%20Fight%20Exploitation%20Funding%20Act%20%20%28FEFA%29.pdf?dl=0

**8. Coach Kennedy's Law** - Education Committee - protects public silent prayer at a sports event pursuant to the free exercise clause and the state Constitution.
https://www.dropbox.com/s/4345zdnneokz9ir/Wyoming%20Coach%20Kennedy%27s%20Law.pdf?dl=0

**9. Keep Roe Reversed Forever Act** - Health/Judiciary Committee - creates a cause of action against the Feds pursuant to the 1st and 10th Amendments to keep *Roe* overturned.
https://www.dropbox.com/s/id8fef139pk6ut7/Wyoming%20Keep%20Roe%20Reversed%20Forever%20Act.pdf?dl=0

**10.** Matthew McConaughey's Law - Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA) - reinforcing the 2nd Amendment & deterring school shootings.
https://www.dropbox.com/s/jx00eil764hfogf/Wyoming%20Transferred%20Right%20Of%20Self-Defense%20Active%20School%20Shooter%20Act%20%20%28TROS%20DASSA%29%20or%20Matthew%20McConaughey%E2%80%99s%20Law.pdf?dl=0

By:AA_____                    ___.B.ANo.A_____

## A BILL TO BE ENTITLED

### AN ACT

relating to defamation in-kind, selective reporting of media
outlets, the protection of fundamental civil liberties of the
accused, and safeguarding the integrity of the justice system,
creating Chapter 73A under Title 4.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

Whereas, the first amendment of the United States
Constitution asserts that the government "shall make no law
abridging the freedom of the press;"

Whereas, freedom of the press in the United States is not
absolute and is subject to certain restrictions, such as
defamation law;

Whereas, the State has a compelling interest to compel the
press to promote the objective truth for the sake of the
viability of Democracy and for the safety, health, and welfare
of our communities in keeping with the spirit of the due process
clause of the fourteenth amendment and to stop the press from
serving as a slander machine;

Whereas, there has been a growing trend for individuals to
abuse process and maliciously prosecute someone they disagree
with ideologically by filing spurious cases and controversies in
various government venues for ulterior motives, knowing that
certain segments of the media that align with their ideology
would serve as an accomplice by engaging in a form of defamation

in-kind by selectively reporting on the facts of the original case but not on the actual outcome in actions where the petitioner received less relief than originally sought, which cultivates an unjust prejudicial conviction in the court of public opinion causing the accused to be shunned, avoided, and marginalized and the media outlet guilty of defamation in-kind to the point that it unduly decreases the quality of life for the accused;

Whereas, the pattern of media outlets only reporting on the facts of a case and controversy but not the outcome has incentivized the abuse of our institutions of justice to the point that it threatens to erode the community's trust in the integrity of different government institutions, while giving licensed to unaccountable members of the press to abuse their position with impunity by trampling civil liberties;

Whereas, the State has a compelling interest to compel the press to promote the truth because without truth, there is no freedom - freedom comes from the truth;

Whereas, freedom is not the presence of restrictions nor the absence of restrictions, but the presence of the right set of restrictions that fit the givenness of our nature, and in requiring truth in reporting through the "Truth In Reporting Act (TIRA)" to limit defamation in-kind will promote the kind of freedom that will maximize human flourishing for the benefit of everyone to include media outlets.

Whereas, TIRA is to be enacted pursuant to the State's inherent police powers.

SECTION 1.   Title 4, Civil Practice And Remedies Code, is Amended by adding Chapter 73A to read as follows:

CHAPTER 73A. DEFAMATION IN-KIND.

Sec. 73A.001. SHORT TITLE.   This act may be cited and referred to as the "Truth In Reporting Act (TIRA)."

Sec. 73A.002. DEFINITIONS.

As used in this section:

(1)  "Abuse of process" means the act of bringing and following through with a civil or criminal action or case and controversy for a purpose known to be different from the purpose for which the action was designed. The term includes proceedings that are brought for ulterior reasons than sought on the surface.

(2)  "Accused" means a person who is blamed for a wrongdoing before a civil court, ethics commission, criminal court, administrative court, or a military tribunal.   The term includes a person who has been arrested or formally charged by an indictment, information, or presentment with a crime or ethical violation. The terms means the suspect, respondent, or defendant.

(3)  "Case and controversy" means any civil, criminal, or ethical proceedings before any governmental, state, federal, and administrative court, ethics commission, military tribunal, or legislative body.

(4)  "Court of public opinion" means the general community consensus or opinion.

(5)  "Defamation" is a false and unprivileged statement of fact that is harmful to someone's reputation, and

published with fault, meaning as a result of negligence or malice.

      (6) "Defamation in-kind" is the failure of a media outlet to report on the outcome of a case and controversy after it reported on the initial filings of a case and controversy in which the petitioner ended up receiving less relief than originally sought or could have obtained, which could reasonably cultivate in a conviction in the court of public opinion by placing the accused in a false light that causes him to be avoided, marginalized, and shunned by the general public.

      (7) "False light" an untrue or misleading portrayal.

      (8) "Malicious prosecution" is the act of initiating a criminal prosecution or civil suit or other proceedings against another party with malice and without probable cause.

      (9) "Media outlet" means a publication or broadcast program that provides news and feature stories to the public through various distribution channels. Media outlets include newspapers, magazines, radio stations, television stations, and certain websites on the Internet and are part of the press. A media outlet does not involve a person who does not work in the press as a profession or who does not regularly engage in the business of reporting the news.

      (10) "Mugshot" refers to an official photograph taken after the accused suspect is arrested for an alleged criminal violation.  The intended purpose of the mugshot is to allow law enforcement to have a photographic record of the arrested individual. Mugshots are also intended to be used for identification by victims and investigators.  Usually, mugshots are two-part, one side-view photo, and another front-view.

(11)   "Petitioner" means a person or government body who presents a petition to a government authority or institution in respect of a particular cause. The term means plaintiff, prosecutor, claimant, or complainant.

(12)   "Press" the people such as reporters and photographers who work for newspapers, magazines, television, websites, and radio outlets.

Sec. 73A.003.   DUTY OF A MEDIA OUTLET TO PUBLISH A FOLLOW-UP REPORT ON THE OUTCOME OF A CASE AND CONTROVERSY UNDER CERTAIN CONDITIONS FOLLOWING A TIMELY DEMAND NOTICE.

(a)   A media outlet is required to provide equal coverage in comparable time, place, magnitude, prominence, scale and manner in the same format as the original reporting of a case and controversy, if and only if:

(1)   the media outlet reported on the facts of the case and controversy and the final verdict provided less relief against the accused than originally sought by the petitioner or less than could have been obtained by the petitioner; and

(2)   the accused or the authorized agent of the accused sends an electronic or written notice demand to an authorized agent of the media outlet within 20 days after the verdict or outcome, demanding that the facts surrounding the final and actual decision or outcome be reported and published as a follow-up to the original reporting.

(b)   In the written notification described in subsection (a) of this section, the accused or the authorized agent of the accused must include:

(1)   the date and source of the first reporting by the media outlet;

(2)  a short description of the original allegations,
the original relief sought by the petitioner, or the amount of
relief that could have been obtained, and a short description of
the final outcome and the relief actually awarded;

(3)  the location of the venue where the case and
controversy was resolved and the docket number of the case and
controversy, if one was assigned;

(4)  an acknowledgment that the positions asserted in
the notice demand are declared under oath under the penalty of
perjury pursuant to 28 USC sec. 1746;

(c)  In the notice demand described in subsection (a) of
this section, the accused or the authorized agent of the accused
may include:

(1)  a photograph of the accused that authorizes the
media outlet to use at its discretion;

(2)  links to or a hard copy of the original coverage
published by the media outlet;

(3)  a demand to take down any unflattering pictures
or mugshot of the accused that were used in the original
publication; and

(4)  any other facts or pertinent information that
could be relevant.

(d)  If a media outlet reports on the facts of a case and
controversy and displays the mugshot of the accused, and the
accused is acquitted, enters into a plea of no contest, or
receives an outcome more favorable than originally sought by the
petitioner or available to the petitioner and if the accused has
complied with subsection (a) of this section:

(1)  the media outlet shall take down or remove the

mugshot from any digital publication if possible, at the request of the accused;

(2)  the media outlet shall not display the mugshot in the follow-up publication that reports on the actual outcome of the case and controversy and shall only display images that it has the authorization to use.

(e)  If the result of a civil trial is settled under the terms of a private settlement agreement, the accused is not required to provide the terms of the private settlement agreement but can alert the media outlet that the case and controversy was settled.

Sec. 73A.004.  CIVIL LIABILITY; PENALTIES; STATUTE OF LIMITATIONS.

(a)  After receiving the notice demand by the accused described in section 73A.003(a), a media outlet that reported on the facts of the case and controversy prior to its resolution has 10 days to comply with section 73A.003(a), by publishing the follow-up story that reports on the actual outcome. The accused will have the burden of proof at a civil trial to show that the notice was timely served on the media outlet and met the requirements of section 73A.003(b).

(b)  If the media outlet fails to comply with the notice demand within 10 days, the accused has one year to file suit from the day of non-compliance and can seek the following relief in the court of competent jurisdiction against the media outlet:

(1)  up to $10,000 in statutory damages;

(2)  attorneys fees and costs;

(3)  actual damages; and

(4)  other forms of equitable and injunctive relief.

(c)  If multiple media outlets fail to comply with the notice demand subjected to the jurisdiction of this court, they can be added as co-defendants in a consolidated case to conserve judicial economy.

(d)  If the media outlet, displayed the mugshot of the accused in the original publication as described in section 73A.003(d)  in a digital format, the accused can seek injunctive relief to have the media outlet remove the image.

Sec. 73A.005.  IMMUNITY, EXCEPTIONS, AND EXEMPTIONS.

(a)  Media outlet is immune and exempt from liability under this act if it:

(1)  is known to publish satire or parody or admits that it is a fake news outlet that is purposed to traffic in fiction for comedic or entertainment purposes.

(2)  reports on the facts of the outcome in a comparable time, place, magnitude, prominence, scale and manner of the original publication prior to receiving the notice demand from the accused;

(3)  receives an untimely notice demand from the accused 20 days after the day of the verdict;

(4)  never reported on the case and controversy prior to the decision being reached.

(b)  The petitioner has no standing under this statute to make a media outlet report on the outcome of a case and controversy regardless of the outcome. Neither the petitioner nor the accused have standing to compel a media outlet to report on the case and controversy after it is filed.

(c)  If a media outlet reported on a case a controversy involving one or more felony charges and the accused was

convicted or pled guilty to one felony count, the accused lacks standing to enforce this act.

(d) This act does not apply to a media outlet that publishes a documentary, film, or an extensive investigative report regarding a case and controversy.

Sec. 73A.006. WAIVER OF RIGHTS.

(a) An accused has the right to waive his rights under this act as a part of a negotiated settlement agreement.

(b) A Court of competent jurisdiction has the discretion to not acknowledge that waiver of rights described in subsection (a) of this section if there is any evidence that the waiver was undertaken under coercion or duress.

Sec. 73A.007. PURPOSE.

The purpose of this act is to:

(1) prevent unchecked media outlets from acting as slander machines that engage in defamation in-kind, mislead the general public, or erode the integrity of the institutions of justice through the selective reporting of certain cases and controversies in a manner that could cause the accused to be shunned and avoided by the general public due to a cloud of suspicion of wrongdoing that does not exactly align with the original allegations and the final outcome;

(2) protect the integrity of the press and encourage good the character of the members of the press core;

(3) deter malicious prosecution, abuse of process in general, prosecutors from overcharging defendants, and plaintiffs from seeking excessive reliefs in their original cause complaint;

(4) promote a mercy centric justice system; and

(5)   deter convictions in the court of public opinion that do not necessarily align with convictions handed down by our institutions of justice.

SECTION 2. This act shall go into effect upon the signature of the governor.

By:

H.B. No.

## A BILL TO BE ENTITLED
## AN ACT

relating to the transferred right of self-defense to a person who engages an active shooter on school grounds constructed on the Second Amendment and the Tenth Amendment of the United States Constitution.

Whereas, perhaps the greatest interest that this State has is to protect children from hostile acts committed by an active shooter on school grounds, which calls for special protections and incentives;

Whereas, the State recognizes the need to draw upon the Second Amendment of the United States Constitution in its favor to protect children from an active school shooter in a situation where time is likely of the essence;

Whereas, the Second Amendment of the United States Constitution reads, "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed;"

Whereas, the "Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)" is crafted to work within the Second Amendment framework and to incentivize a law-abiding firearm owner to defend students and teachers who have been targeted by an active shooter on school grounds before the arrival of law enforcement where time can often be of the essence;

Whereas, this State recognizes the urgent need to neutralize an active shooter on school grounds and the dangers it can present to a person who is brave enough to engage an active shooter, whether duty-bound to do so or otherwise;

Whereas, this State recognizes the need to prevent a person from interfering with an ongoing investigation after the arrival of law enforcement even in a situation involving an active shooter on school grounds with some exceptions;

Whereas, neither civilized society nor this State can continue to permit willful acts of cowardice in response to an active shooter on school grounds by a school security guard whose paramount job and purpose is to provide safety;

Whereas, in response to a school shooting on May 24, 2022 in Uvalde Texas that claims the lives of nineteen students and two teachers, President Biden called upon lawmakers to "do something," and enacting the "Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)" is doing something that will actually deter school shootings in a manner that accords with the realities of human nature and our Constitutional framework, which includes the Second Amendment;

Whereas, on June 7, 2022, from the White House briefing room, Matthew McConaughey, the actor, made an impassioned plea for safer schools, explaining that deterring school shootings should be a bi-partisan issue and that to do so "we start by making laws that save innocent lives and that don't infringe on our Second Amendment rights."

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1. This act may be cited and referred to as the "Transferred Right Of Self-Defense Active School Shooter Act (TROS DASSA)" or as Matthew McConaughey's Law.

SECTION 2.  A new section is added to Title 5, Chapter 19 to read as follows:

### 19.07. Active School Shooting.

(a) As used in this section:

(1) "Active shooter" means a person who commits a hostile act or who demonstrates hostile intent on school grounds with a firearm or some other device;

(2) "A person" means any citizen or civilian, other than an active shooter, with the means, including a firearm, and the opportunity to engage or neutralize an active shooter;

(3) "Cowardice" means a school security guard who was duty-bound to protect children from an active shooter who retreats without cause, fails to take meaningful steps to

neutralize an active shooter, or negligently refuses to engage an active shooter for self-serving reasons; the term also means refusing to aid law enforcement;

(4) "Firearm" has the same meaning as in 18 U.S. Code § 921;

(5) "Hostile act" means action committed by a person that could lead to the death or the substantial likelihood of serious bodily injury.

(6) "Hostile intent" means action by a person that demonstrates the intention or goal of committing a hostile act;

(7) "Proportional force" means the amount of force necessary to protect oneself and others from a hostile act;

(8) "School grounds" means any of the following:

(A) the area within three hundred feet of a school or its accompanying grounds;

(B) any public property within one thousand feet of a school or its accompanying grounds;

(C) any school bus;

(D) a bus contracted to transport pupils to any school during the time when the contracted vehicle is transporting pupils on behalf of the school;

(E) a school bus stop;

(F) any bus stop where school children are awaiting, boarding or exiting a bus contracted to transport pupils to any school;

(9) "Security guard" means a resource officer, safety officer, or school employee whose paramount contracted purpose, job, or duty is to protect students and teachers from hostile acts.

(10) "Stand down" means to stop engaging;

(11) "Transferred right of self-defense" means the common law right of self-defense is transferred to a person who attempts to protect a student, teacher, or person from an active shooter on school grounds. The terms also means the defense of a third person as described in TX Penal Code § 9.33

(b)  A person may engage an active shooter, who commits a hostile act or who demonstrates hostile intent at a public or private school, kindergarten through college, with proportional force to terminate or neutralize the active shooter with absolute impunity under the transferred right of self-defense to protect students, teachers, and others.

(c)   A person may engage an active shooter at a public or private school, kindergarten through college, with necessary and proportional force to terminate or neutralize the active shooter with absolute impunity before or after the arrival of law enforcement. After law enforcement arrives on school grounds, a person engaging the active shooter must stand down if ordered to do so by law enforcement so as to not interfere with an ongoing investigation.

(d)   A person who refuses to stand down in a situation described in subsection (c) of this section, commits the offense of interfering with the public duties of law enforcement under TX Penal Code § 38.15 and is subject to the penalties under that section.

(e)   It shall be an absolute defense to a violation of subsection (d)   of this section if the preponderance of the evidence shows that the person who was ordered to stand down by law enforcement would have put himself or others in greater danger if obeyed or the person who was given the order was engaged in a continuing firefight with the active shooter at the time of its issuance.

(f)   A person who engages an active shooter as described in subsections (b) and (c) of this section will not be guilty of violating   TX Penal Code § 46.03 for bringing a weapon or firearm on school grounds or any other similar law that conflicts with this section.

(g) If a public or private school, kindergarten through college, employs a security guard, and if the security guard is in close proximity when an active shooter commits a hostile act on school grounds, and if the security guard responds with cowardice, the security guard is guilty of a misdemeanor that is punishable up to $5000 in up to one year in jail.

(h)   If a person, security guard, or law enforcement officer neutralizes, terminates, or subdues an active shooter on school grounds, they may submit an application with the Texas Comptroller to claim a special reward. The Texas Comptroller may award up to $50,000 to a person, security guard, or law enforcement officer who played the greatest role in neutralizing an active shooter on school grounds.

(i)   If a person, security guard, or law enforcement officer is severely injured or killed in attempting to neutralize an active shooter on school grounds, they or their

surviving family members can submit an application to the Texas Comptroller to receive a reward of up to $50,000. The Texas Comptroller may grant such a reward up to $50,000 at its discretion.

(j)  The Texas Comptroller shall prepare the application form described in subsections (h) and (i) of this section. The Texas Comptroller or its designee may conduct a hearing or an investigation in making a determination as to the rewards described in subsections (h) and (i) of this section.

(k) This section is constructed to take advantage of the Second Amendment by incentivizing a person who is a law-abiding firearm owner to engage to neutralize an active shooter on school grounds before the arrival of law enforcement in a situation where time is often of the essence.

(l)  This section is constructed pursuant to the police powers conferred to this State and to the people under the Tenth Amendment of the United States Constitution.

(m) This section is not constructed to diminish the transferred right of self-defense in other instances but to underscore its special importance in a situation involving active shooters on school grounds in situations where time is often of the essence and the stakes are high.

SECTION 4.  This act will go into effect upon enactment.

By:                                             S.B. No.

A BILL TO BE ENTITLED

AN ACT

relating to public K-12 education; to authorize local boards of education to allow release time for student participation in religious instruction in an elective course for purposes of satisfying certain curriculum requirements in public schools.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1.  This act shall be known and may be cited as the Time Release Educational Credit Act (TRECA).

SECTION 2.  The legislature finds that:

(1) article I section 6 of the Bill Of Rights of the Texas Constitution states, " All men have a natural and indefeasible right to worship Almighty God according to the dictates of their own consciences….it shall be the duty of the Legislature to pass such laws as may be necessary to protect equally every religious denomination in the peaceable enjoyment of its own mode of public worship.

(2)  religion, morality, and knowledge, however, being essential to good government, it remains the duty of this Legislature to pass suitable laws to protect every religious denomination in the peaceable enjoyment of its own mode of public worship, and to encourage schools and the means of instruction.

(3)  that the United States Supreme Court, in its decision in *Zorach v. Clauson*, 343 U.S. 306 (1952), upheld the

constitutionality of the released time programs for religious instruction for public school students during the school day.

(4)   that the United States Constitution and the state law allows local school districts to offer religious released time education for the benefit of public school students.

(5) that the purpose of this act is to incorporate a constitutionally acceptable method of allowing school districts to offer released time classes and, in grades where credit is earned, to award students elective credit for classes taken during the school day in released time programs.

(6) one of the largest cultural menaces in America is the conformity of the intellectual cliques which, in education as well as the arts, are out to impose upon the nation their modish fads and fallacies, and have nearly succeeded in doing so.

(7) all education is coercive to some degree, making academic freedom somewhat of a myth, and therefore, enacting TRECA is consistent with allowing a student to exercise their fundamental right under the free exercise clause of the first amendment of the United States Constitution and Article I section 6 the Bill Of Rights of the Texas Constitution to personally pursue religious instruction to deepen and strengthen the faith of their own choosing.

SECTION 3. Subchapter D, Chapter 33, Subtitle F, Title 2, Education Code, is Amended by adding a new section to read as follows:

Sec. Section 33.097. TIME RELEASE CREDIT.   (a)  As used in this section, "Released time" means a period of time during the school day when a student is allowed to participate in an

elective course in religious instruction, conducted off school
district property, by a private entity.

   (b)   The State Board Of Education shall adopt and each
local board of education may implement a policy for a student to
attend released time as an elective course if all of the
following are satisfied:

      (1)   the parent or guardian of the student gives
written consent;

      (2)   the religious curriculum of the course elective
does not undeniably promote licentiousness or practices that are
inconsistent with the peace and safety of the state;

      (3)   the sponsoring entity makes provisions for and
assumes liability for the student who is excused for released
time; and

      (4)   no public funds are expended other than de
minimis administrative costs;

      (5)   no public school personnel are involved in
providing the religious instruction.

   (c)   In grades where credit is earned, a student who
participates in released time may earn elective course credit
for participation, as provided by rules adopted by the State
Board of Education for elective courses. Credit awarded may not
exceed normal credit given for an elective course in the
particular school system.   The State Board of Education shall
also adopt minimum standards for class attendance necessary to
qualify for credit.

   (d)   A student who participates in religious instruction
for elective credit during released time shall be credited with
time spent as if the student attended school, and the time shall
be calculated as part of the actual school day.

   (e)   Transportation to and from the place of released time,
including transportation for any student with disabilities, is

the complete responsibility of the sponsoring private entity,
parent, guardian, or student and may not be arranged,
coordinated, or provided by public school personnel.

    (f)  No student may be released from a required core
curriculum class to attend released time.

    SECTION 5.  This act shall be enacted immediately upon the
signature of the Governor.

By:                                                H.B. No.

A BILL TO BE ENTITLED

AN ACT

relating to public schools, religion, critical race theory, and establishment clause compliance.

Whereas, The United States Constitution is not silent as to how government actors in the state of Texas must respond and react to critical race theory for the matter arises under the establishment clause and free exercise clause of the first amendment of the United States Constitution;

Whereas, the establishment clause of the first amendment of the United States Constitution states that the government "shall make no law respecting an establishment of religion" and article I, section 6 of the Texas Constitution states, "No man shall be compelled to attend, erect or support any place of worship, or to maintain any ministry against his consent. No human authority ought, in any case whatever, to control or interfere with the rights of conscience in matters of religion, and no preference shall ever be given by law to any religious society or mode of worship;"

Whereas, the free exercise clause of the first amendment of the United States Constitution states "Congress shall

Whereas, the establishment clause of the first amendment applies to the state of Texas through the fourteenth amendment, and the United States Supreme Court held in *Hein v. Freedom From Religion Foundation,* 551 U.S. 587 (2007) that the establishment clause applies to the executive branch, which includes Texas' public schools;

Whereas, all religion amounts to is a set of unproven answers to the greater questions like why are we here, what gives us identity, what should we be doing as humans, and what happens after death;

Whereas, the establishment clause of the United States Constitution was never solely designed to prohibit the government from respecting and recognizing the doctrines of institutionalized religions but of non-institutionalized religions, like secular humanism;

Whereas, the United States Supreme Court found that secular humanism is a religion for the purposes of the first amendment in cases such as:

(1) *Torcaso v. Watkins*, 367 U.S. 488 (1961);

(2) *School District of A Bington Township, Pa. v. Schempp*, 374 U.S. 203 (1963);

(3) *United States v. Seeger,* 380 US 163 (1965); and

(4) *Welsh v. United States*, 398 U.S. 333 (1970);

Whereas, most of the federal courts of appeal have found that secular humanism is a religion for purposes of the first amendment in cases such as:

(1) *Malnak v. Yogi*, 592 F.2d 197 (3d Cir.1979);

(2) *Theriault v. Silber*, 547 F.2d 1279 (5th Cir.1977);

(3) *Thomas v. Review Bd.*, 450 U.S. 707 (1981);

(4) *Lindell v. McCallum*, 352 F.3d 1107 (7th Cir.2003);

(5) *Real Alternatives, Inc. v. Sec'y Dep't of Health & Human Servs.*,150 F.Supp. 3d 419, 2017 WL3324690 (3d Cir. Aug.4, 2017); and

(6) *Wells v. City and County of Denver*, 257 F.3d 1132 (10th Cir. 2001);

Whereas, religious experts have testified under oath that

critical race theory is a doctrine, orthodoxy, ideology, and dogma that is part of a worldview consisting of a series of unproven faith-based assumptions and naked assertions that is implicitly religious and inseparably linked to the religion of secular humanism;

Whereas, regardless of political affiliation, all members of the general assembly and all executive and judicial officers are bound by oath to put their own political and religious beliefs aside and to comply with their duty to honor their oath of office pursuant to clause 3 of article VI of the United States Constitution to uphold the United States Constitution and to, therefore, immediately stop creating, respecting, and enforcing policies that promote the plausibility of critical race theory because all of those policies fail all three prongs of the *Lemon* test established by the United States Supreme Court in *Lemon v. Kurtzman*, 403 U.S. 602 (1971) for:

(1) constituting non-secular shams that lack a primary secular purpose;

(2) cultivating indefensible legal weapons against non-observers of the
religion of secular humanism; and

(3) serving to excessively entangle the government with the religion of secular humanism;

Whereas, the United States Supreme Court in *Edwards v. Aguillard,* 482 U.S. 578 (1987) and *Agostini v. Felton*, 521 U.S. 203 (1997) found that if government action fails one prong of the *Lemon* test, it is unconstitutional, and the evidence shows that the enforcement and creation of policies in public schools that respect critical race theory fail all three prongs of the *Lemon* test;

Whereas, the United States Supreme Court in *Lee v. Weisman*, 505 U.S. 577 (1992) found that there are "heightened concerns

with protecting freedom of conscience from subtle coercive
pressure in the elementary and secondary public schools," while
also holding in *Edwards v. Aguillard*, 482 U.S. 578 (1987) that
the government "should be particularly vigilant in monitoring
compliance with the establishment clause in the public-school
context," when minors are subjected to religious indoctrination
with the perception of the government's stamp of approval;

Whereas, according to the United States Supreme Court in
cases like *Flast v. Cohen*, 392 U.S. 83 (1968), a taxpayer with a
logical nexus to a controversy involving a government actor's
violation of the establishment clause has standing to sue to
enforce compliance;

Whereas, the Federal Courts have held, in cases like
*Holloman v. Harland,* 370 F.3 1252 (11th Cir. 2004), that neither
emotional appeals nor sincerity of belief can be used to usurp
the establishment clause of the first amendment, and the
evidence shows that all policies that respect, favor, endorse,
or promote critical race theory in public schools are based on a
series of emotional appeals;

Whereas, there has not been the promised equality and unity
cultivated by teaching critical race theory in public schools,
but instead, there has been division and an increase in racial
tension in an emotionally exploitative and intellectually
dishonest manner demonstrating that such policies are a sham
that lack a primary secular purpose;

Whereas, critical race theory is a non-secular divisive
doctrine that amounts to an attempt to justify practices that
are inconsistent with the peace and safety of the state:

(1) cultivating moral superiority complexes in
observers of critical race theory with the government's
endorsement at the taxpayer's expense;

(2) leading to the social marginalization and even

violent oppression of non-observers of critical race theory; and

(3) conflicting with the neutral, non-controversial, natural, secular, and self-evident truth that "all men are created equal…endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness."

Whereas, pursuant to the police powers afforded to the State under the 10th Amendment of the United States Constitution, the Texas legislature has a compelling reason to prevent the teaching of divisive and controversial religious doctrines in public schools, like critical race theory, that are calculated to emotionally exploit race and cultivate racial tensions in the advancement of a narrow and exclusive religious worldview that is questionably moral and perspectively implausible.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1. This act may be cited and referred to as the "Stop the Wrongs to Our Kids and Employees Act (the Stop W.O.K.E. Act)."

SECTION 2. Title 2, Subtitle H, Chapter 39A, of the Education Code, is amended by adding Subchapter H to read:

ESTABLISHMENT CLAUSE COMPLIANCE

Sec. 39A.401. DEFINITIONS. As used in section 39A.401 to 39A.404:

(1) "Critical race theory" is a set of naked assertions and unproven faith-based assumptions that form a doctrine, ideology, dogma, and orthodoxy that is inseparably linked to the religion of secular humanism. The term involves

non-secular divisive doctrine that includes, but is not limited
to, the following controversial unproven concepts:

   (A) one race or sex is inherently superior to
another race or sex;

   (B) an individual, by virtue of the individual's
race or sex, is inherently privileged, racist, sexist, or
oppressive, whether consciously or subconsciously;

   (C) an individual should be discriminated
against or receive adverse treatment because of the individual's
race or sex;

   (D) an individual's moral character is
determined by the individual's race or sex;

   (E) an individual, by virtue of the individual's
race or sex, bears responsibility for actions committed in the
past by other members of the same race or sex;

   (F) an individual should feel discomfort, guilt,
anguish, or another form of psychological distress solely
because of the individual's race or sex;

   (G) a meritocracy is inherently racist or
sexist, or designed by a particular race or sex to oppress
members of another race or sex;

   (H) promoting or advocating the violent
overthrow of the United States government;

   (I) the State or the United States is
fundamentally or irredeemably racist or sexist;

   (J) promoting division between, or resentment
of, a race, sex, religion, creed, nonviolent political
affiliation, social class, or class of people;

   (K) ascribing character traits, values, moral or
ethical codes, privileges, or beliefs to a race or sex, or to an
individual because of the individual's race or sex;

   (L) the rule of law does not exist, but instead

is a series of power relationships and struggles among racial or
other groups;

      (M)   all Americans are not created equal and are
not endowed by their Creator with certain unalienable rights,
including, life, liberty, and the pursuit of happiness; and

      (N)   governments should deny to any person within
the government's jurisdiction the equal protection of the law;

    (2)   "Emotional appeal" is a method of persuasion
through sentiment, not logic,designed to create an emotional
response to achieve certain ends;

    (3)   "Lemon test" means a three-prong test originally
created by the United States Supreme Court and now adopted by
this State which is used to determine whether government action
is unconstitutional under the establishment clause of the first
amendment of the United States Constitution. Government action
violates the establishment clause and article I, section 6 of
the Texas Constitution if the action fails to satisfy any of the
prongs.  The test requires that state action or government
policy:

      (A)   have a valid secular purpose.

      (B)   not have the effect of advancing, endorsing,
or inhibiting religion; and

      (C)   not foster excessive entanglement with a
particular religion.

    (4)   "Logical nexus" means at least some minimal,
relevant, legitimate, important, or rational connection. The
term connotes a low-threshold standard.

    (5)   "Non-secular" means faith-based, not proven,
predicated on naked assertions, or emotional feelings, not
self-evident objective non-controversial truth.

    (6)   "Promote" means to advocate for, assist with,

favor, respect, endorse, encourage, or popularize through advertising or publicity.

(7)   "Public School" means a public educational institution that is maintained at public expense for the education of the children of a community or district and that constitutes a part of a system of free public education, including primary and secondary schools from grades K - 12.   The term includes accredited nonpublic educational institutions, including primary and secondary schools from grades K - 12.

(8)   "Religion" means a set of unproven answers to the greater questions like "why are we here," "what should we be doing as humans," "how do we get our identity," and "what happens after death." The term means a closed system and group or community that is organized, full, and provides a comprehensive code by which individuals may guide their daily activities. Religion involves an ultimate concern or sincere belief and can be non-theistic or theistic.

(9)   "Secular humanism" means a faith-based worldview that is also referred to as postmodern-western-individualistic moral relativism, expressive individualism, or antitheism, and is often the mirror opposite of theism. The term refers to a religion that worships man as the source of all knowledge and truth. The term includes a belief system that is centered on the unproven assumptions that there are no moral absolutes and no one moral doctrine should be used as the superior basis for law and policy, except for the religious doctrines of secular humanism. The term includes a series of unproven faith-based assumptions and naked assertions that suggest that morality and truth are man-made conventions and that at the heart of liberty is man's ability to define his own meaning of the universe. The term refers to a religion that tends to promote licentiousness and often attempts to justify practices that are inconsistent

with the peace and safety of the state. The term refers to the belief that man is merely a bundle of chemicals, animated pieces of meat, or accidental particles,  that nature is all there is, and that there is nothing after death. Critical race theory is a doctrine, ideology, orthodoxy, and dogma that is inseparably linked to this religion. The term refers to a religion that has many different denominational sects and is expressed in widely varying ways.

(10)  "Taxpayer standing" means the standing of a taxpayer to file a lawsuit against a government actor that is directly or symbolically engaging in practices that violate the establishment clause of the first amendment of the United States Constitution or article I, section 6 of the Texas Constitution, after the government actor actually or prospectively engaged in action that potentially failed at least one prong of the *Lemon* test. A taxpayer must have a logical nexus to a government actor's violation to assert this form of standing. A person who pays sales tax in this state can successfully assert this form of standing before the courts of competent jurisdiction.

Sec. 39A.402. PROHIBITION PURSUANT TO THE ESTABLISHMENT CLAUSE.

(a)  Pursuant to the establishment clause of the first amendment of the United States Constitution and article I, section 6 of the Texas Constitution, a public school shall not include, as part of a course of instruction or in a curriculum or instructional program, or allow or force teachers or other employees of the public school to use supplemental instructional materials that endorse, favor, respect, or promote critical race theory because the policies fail the Lemon test for:

(1)  constituting non-secular shams that lack a primary secular purpose;

(2)  cultivating indefensible legal weapons against

non-observers of the religion of secular humanism; and

(3)   having the effect of excessively entangling the government with the religion of secular humanism.

(b)   The following persons may enforce subsection (a) of this section in the civil court of competent jurisdiction:

(1)   a taxpayer of this state or a political subdivision of this state has taxpayer standing;

(2)   a parent who pays taxes in this state and who has a student in a public school that has violated subsection (a) has taxpayer standing; and

(3)   a public school employee who is punished by a public school for refusing to teach critical race theory to students.

(c)   A plaintiff who brings a civil action against a public school for violating subsection (a) of this section may seek and be awarded the following by the court of competent jurisdiction:

(1)   attorney fees and costs;

(2)   actual damages;

(3)   injunctive relief; and

(4)   other forms of equitable relief deemed appropriate.

(d)   An school official, officer, or employee of the state who knowingly violates subsection (a) of this section may be dismissed from the person's office or position, and the person's employment may be terminated immediately.

(e)   All public school officials that violate subsection (a) of this section may be declared to be in violation of their oath of office established under clause 3 of article VI of the United States Constitution and subjected to declaratory relief for such a violation in the court of competent jurisdiction.

(f)  Sincerity of belief or emotional appeals may not constitute a valid defense for a violation under subsection (a) of this section.

(g)  Notwithstanding the provisions of subsection (a) to the contrary, this section does not prohibit a public school from including, as part of a course of instruction or in a curriculum or instructional program, or from allowing teachers in a public school to use supplemental instructional materials that include:

(1)  the history of an ethnic group, as described in textbooks and instructional materials adopted in accordance with approved curriculum;

(2)  the impartial and neutral discussion of controversial aspects of history;

(3)  the impartial and neutral instruction on the historical oppression of a particular group of people based on race, ethnicity, class, nationality, religion, or geographic region; or

(4)  historical documents.

Sec. 39A.403. PROHIBITION PURSUANT TO THE FREE EXERCISE CLAUSE.

(a)  Pursuant to the free exercise clause of the first amendment of the United States Constitution and article I, section 6 of the Texas Constitution, a public school shall not discriminate against any person for believing in or for failing to believe in the plausibility of critical race theory.

(b)  A student or teacher who experiences discrimination by a public school as described in subsection (a) of this section will have standing in civil court to file suit in the court of competent jurisdiction where they can seek:

(1)  injunctive relief;

(2)  attorney fees and costs;

(3)  actual damages; and

(4)  other forms of relief deemed appropriate.

(c)  It shall be an absolute and affirmative defense in a civil action brought under subsection (a) of this section that the public school was acting in compliance with the establishment clause of the first amendment of the United States Constitution or article I, section 6 of the Texas Constitution or other existing state and federal laws.

Sec. 39A.404.  CONSTRUCTION

(a) Sections 39A.401 to 39A.404 are constructed on the premise that:

(1)  the United States is a constitutional republic that the state of Texas is a part of;

(2)  the United States Constitution is the supreme sovereign law of this country that preempts all state and federal law;

(3)  the first amendment of the United States Constitution applies to the states through the fourteenth amendment of the United States Constitution;

(4)  the first amendment establishment clause of the United States Constitution and article I, section 6 of the Texas Constitution were not merely designed to prevent the state from respecting and promoting the doctrines of institutionalized religions but those of non-institutionalized religions as well;

(5)  all members of the general assembly and all executive and judicial officers are bound by oath or affirmation pursuant to clause 3 of article VI of the United States Constitution to not create or enforce policies that violate the establishment clause or free exercise clause of the first amendment of the United States Constitution regardless of the members' or officers' party affiliation or personal religious beliefs;

(6) the establishment clause balanced with the free exercise clause of the first amendment of the United States Constitution is the controlling Constitutional authority in informing the state of Texas as to how to respond and react to critical race theory;

(7) emotional appeals, even good ones, cannot be used to usurp the establishment clause of the first amendment of the United States Constitution or article I, section 6 of the Texas Constitution in an effort to justify the government's creation or enforcement of policies that respect, endorse, favor, or promote critical race theory;

(8) all policies put forth by public schools that respect, favor, endorse, or promote critical race theory fail the Lemon test first established by the United States Supreme Court and are thereby preempted by the establishment clause of the first amendment of the United States Constitution and article I, section 6 of the Texas Constitution in their making and enforcement and must be repealed and enjoined from enforcement because the policies:

(A) constitute non-secular shams that lack a primary secular purpose;

(B) cultivate indefensible legal weapons against non-observers of the religion of secular humanism; and

(C) Have the effect of excessively entangling the government with the religion of secular humanism;

(9) in the wake of policies in public schools that respect, favor, endorse, or promote critical race theory, there has not been the promised equality, unity, and tolerance but instead, there has been:

(A) the cultivation of moral superiority complexes in observers of critical race theory; and

(B) the social marginalization and oppression of

the non-observers of critical race theory;

      (10)  the state of Texas must be particularly vigilant in monitoring compliance with the establishment clause in the public school context to protect minors from religious indoctrination with the government's stamp of approval at the taxpayer's expense, especially when that religious ideology promotes licentiousness or attempts to justify practices that are inconsistent with the peace and safety of the State;

    (b)  Sections 39A.401 to 39A.404 are not constructed to prohibit students or teachers from believing in or from refusing to believe in the plausibility of critical race theory or practices because such beliefs and practices are protected under the free exercise clause of the first amendment of the United States Constitution and under article I, section 6 of the Texas Constitution. Yet, sections 39A.401 to 39A.404 are constructed on the premise that protections of religious practices under the free exercise clause of the first amendment of the United States Constitution and article I, section 6 of the Texas Constitution are not absolute, and the state of Texas can regulate or prohibit certain religious practices pursuant to its inherent police powers afforded under the tenth amendment of the United States Constitution if those practices promote licentiousness or are inconsistent with the peace and safety of the state. Critical race theory attempts to justify practices that are inconsistent with the peace and safety of the State.

    SECTION 3.   This Act takes effect immediately if it receives a vote of two-thirds of all the members elected to each house, as provided by Section 39, Article III, Texas Constitution. If this Act does not receive the vote necessary for immediate effect, this Act takes effect September 1, 2023.

By:                                                      S.B. No.

## A BILL TO BE ENTITLED

### AN ACT

relating indecent deceptive trade practices and social media censorship.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1. The legislature finds that:

(1)    The Communications Decency Act was created to protect decent speech, not deceptive trade practices;

(2)    Repealing section 230 of the Communications Decency Act at the federal level is unnecessary because it already includes a state-law exemption and the Stop Social Media Censorship Act was crafted to fall squarely in the state-law exemption of section 230 to cure abuses of section 230 to protect the consumers of this state;

(3)    Contract law is a state-law issue, and when a citizen of this state signs up to use certain social media websites, they are entering into a contract;

(4)    This state has a compelling interest in holding certain social media websites to higher standards for having substantially created a digital public square through fraud, false advertising, and deceptive trade practices;

(5)    Major social media websites have engaged in the greatest bait and switch of all times by marketing themselves as free, fair, and open to all ideas to induce subscribers only to

then prove otherwise at great expense to consumers and election integrity;

(6)   Breach of contract, false advertising, bad faith, unfair dealing, fraudulent inducement, and deceptive trade practices are not protected forms of speech for purpose of the first amendment of the United States Constitution or the Constitution of this state;

(7)   The major social media websites have already reached critical mass, and they did it through fraud, false advertising, and deceptive trade practices at great expense to the health, safety, and welfare of consumers of this state, while making it difficult for others to compete with them;

(8)   The state has an interest in helping its citizens enjoy their free exercise rights in certain semi-public forums commonly used for religious and political speech, regardless of which political party or religious organization they ascribe to;

(9)   This state is generally opposed to online censorship unless the content is injurious to children or promotes human trafficking; only then does this state accept limited censorship;

(10)   This act is not intended to apply to a website that merely deletes comments posted by members of the general public in response to material published by the website's owner.

SECTION 2. Subtitle C, Title 5, Business & Commerce Code, is Amended by adding Chapter 113 to read as follows:

CHAPTER 113. SOCIAL MEDIA CONSUMER PROTECTION.

SUBCHAPTER A.   GENERAL PROVISIONS

Sec.113.001.  SHORT TITLE. This act may be referred to and cited as the "Social Media Accountable Censorship Act (the S.M.A.C. Act)."

Sec.113.002.  PURPOSE.

(a)  This chapter is intended to create a statute that parallels the spirit of 47 U.S.C. § 230 that falls within the state law exemption under 47 U.S.C. § 230(e)(3), creating a civil right of action that will deter the following:

(1)  deceptive trade practices;

(2)  false advertising;

(3)  breach of contract;

(4)  bad faith;

(5)  unfair dealing;

(6)  fraudulent inducement; and

(7)  the stifling of political and religious speech in the modern-day digital public square cultivated by social media websites that have achieved critical mass through fraud.

Sec.113.003. DEFINITIONS.

In this chapter:

(1) "Algorithm" means a set of instructions designed to perform a specific task.

(2) "Harmful to minors" has the same meaning as in Section 43.24, Penal Code.

(3) "Hate speech" means a phrase concerning content that an individual finds offensive based on the individual's personal moral code.

(4) "Obscene" has the same meaning as in Section 43.21, Penal Code.

(5) "Operational error" means whenever an unplanned or

undesired result stems from the acts or decisions of supervisory
management.

(6) "Political speech" means speech relating to the
state, government, body politic, or public administration as it
relates to governmental policy and includes speech by the
government or candidates for office and any discussion of social
issues.

(7) "Religious speech" means a set of unproven
answers, truth claims, faith-based assumptions, and naked
assertions that attempt to explain such greater questions such
as how the world was created, what constitutes right and wrong
actions by humans, and what happens after death.

(8) "Shadowban" means the act of blocking or partially
blocking a user or a user's content from an online community
such that it will not be readily apparent to the user that the
user has been banned. The term also means stealth banning, ghost
banning, or comment ghosting.

(9) "Social media website"

(A) means an internet website or application that
enables users to communicate with each other by posting
information, comments, messages, or images and that meets all of
the following requirements:

(i) is open to the public;

(ii) has more than 75 million subscribers
with personal user profiles;

(iii) from its inception, has not been
specifically affiliated with any one (1) religion or political
party;

(iv) provides a means for the website's

users to report obscene materials and has in place procedures
for evaluating those reports and removing obscene material; and

(v) allows for subscribers to sign up for a
personal user profile page or account where beliefs and
preferences can be expressed by the user.

(B)   the term does not include a website that
merely permits members of the general public to post comments on
content published by the owner of the website.

(10) "User profile" means a collection of settings and
information associated with a user or subscriber who signs up
for an account made available by a social media website. Such
accounts often associate characteristics with a user or
subscriber, which may help in ascertaining the interactive
behavior of the user along with their personal preferences and
beliefs.

SUBCHAPTER B.   CIVIL ACTION

Sec.113.004.   CIVIL ACTION TO STOP SOCIAL MEDIA CENSORSHIP;
DECEPTIVE TRADE PRACTICE; EXCEPTIONS.

(a)   The owner or operator of a social media website who
contracts with a social media website user in this state is
subject to a private right of action by such user if the social
media website purposely:

(1)   deletes or censors the user's religious speech or
political speech; and

(2)   uses an algorithm to disfavor, shadowban, or
censure the user's religious speech or political speech.

(b)   A social media website user may be awarded all of the
following damages under this section:

(1)   up to $75,000 in statutory damages;

(2)   actual damages;

(3)   if aggravating factors are present, punitive damages; and

(4)   other forms of equitable relief.

(c)   The prevailing party in a cause of action under this section may be awarded costs and reasonable attorney fees.

(d)   A social media website that restores from deletion or removes the censoring of a social media website user's speech in a reasonable amount of time may use that fact to mitigate any damages.

(e)   A social media website may not use the social media website user's alleged
hate speech as a basis for justification or defense of the social media website's actions at trial.

(f)   The Attorney General may also bring a civil cause of action under this section on behalf of a social media website user who resides in this state and whose religious speech or political speech has been censored by a social media website.

(g)   An owner or operator of social media social website that has engaged in practices described in subsection (a) has engaged in an unfair and deceptive trade practice in violation of Section 17.46 and is subject to the penalties for violating that section.

(h)   This section does not apply to any of the following:

(1)   a social media website that deletes or censors a social media website user's speech or that uses an algorithm to disfavor or censure speech that:

(A)   calls for immediate acts of violence;

(B)   calls for a user to harm themselves;

       (C)   is obscene, lewd, filthy, or lascivious material or material harmful to minors;

       (D)   is the result of operational error;

       (E)   is the result of a court order;

       (F)   comes from an inauthentic source or involves false impersonation;

       (G)   entices criminal conduct;

       (H)   involves minors bullying minors;

       (I)   constitutes copyright or trademark infringement;

       (J)   is excessively violent;

       (K)   constitutes harassing spam that is commercial, not religious or political, in nature.

    (2)   a social media website user's censoring of another social media website user's speech.

   (i)   Only users who are 18 years of age or older have standing to seek enforcement of this section.

   (j)   The venue for any civil action brought under section shall be in this state.

   Sec.113.005. SEVERABILITY.   (a)   Because this Act has been enacted amid uncertainty about the application of the United States Constitution and relevant federal statutes, every provision, section, subsection, sentence, or clause of this Act, and every application of the provisions of this Act to any person, group of persons, or circumstances are severable from each other.   If any application of any provision of this Act is found by a court to be unconstitutional or invalid, on any ground for any reason whatsoever, the remaining application of that provision to other persons and circumstances shall be

severed and may not be affected.  The legislature further declares that it would have passed this Act, each provision, section, subsection, sentence, or clause of this Act, and all constitutional applications of this Act regardless of the fact that any provision, section, subsection, sentence, or clause of this Act or applications of this Act were to be declared unconstitutional by any court.

(b)  If any provision of this Act is found by any court to be unconstitutionally vague, the applications of that provision that do not present constitutional vagueness problems shall be severed and remain in force.

SECTION 3.  Effective Date. This act shall be enacted immediately upon the signature of the Governor.

By:                                                    H.B. No.


                        A BILL TO BE ENTITLED

                              AN ACT

relating to public schools, religion, and non-secular
self-asserted sex-based identitive narratives.

        Whereas, the United States Constitution is not silent as to
how the state of Texas must respond and react to LGBTQ issues
and sexual orientation orthodoxy for the matters are addressed
exclusively by the establishment clause and free exercise
clauses of the first amendment of the United States
Constitution, not the substantive due process clause or equal
protection clauses of the fourteenth amendment of the United
States Constitution, which have no applicability;

        Whereas, the establishment clause of the first amendment of
the United States Constitution states that the government "shall
make no law respecting an establishment of religion" and article
I, section 6 of the Texas Constitution states, "No man shall be
compelled to attend, erect or support any place of worship, or
to maintain any ministry against his consent. No human authority
ought, in any case whatever, to control or interfere with the
rights of conscience in matters of religion, and no preference
shall ever be given by law to any religious society or mode of
worship;"

        Whereas, the free exercise clause of the first amendment of
the United States Constitution states "Congress shall make no
law...prohibiting the free exercise [of religion];"

        Whereas, the establishment clause of the first amendment
applies to the state of Texas through the fourteenth amendment,
and the United States Supreme Court held in *Hein v. Freedom From*

*Religion Foundation,* 551 U.S. 587 (2007) that the establishment clause applies to the executive branch, which includes Texas's public schools;

Whereas, the establishment clause of the United States Constitution was never solely designed to prohibit the government from respecting and recognizing the doctrines of institutionalized religions but of non-institutionalized religions, like secular humanism;

Whereas, the United States Supreme Court found that secular humanism is a religion for the purposes of the first amendment in:

(1) *Torcaso v. Watkins*, 367 U.S. 488 (1961);

(2) *School District of A Bington Township, Pa. v. Schempp*, 374 U.S. 203 (1963);

(3) *United States v. Seeger,* 380 US 163 (1965); and

(4) *Welsh v. United States*, 398 U.S. 333 (1970);

Whereas, Most of the federal courts of appeal have found that secular humanism is a religion for purposes of the first amendment in cases such as:

(1) *Malnak v. Yogi*, 592 F.2d 197 (3d Cir.1979);

(2) *Theriault v. Silber*, 547 F.2d 1279 (5th Cir.1977);

(3) *Thomas v. Review Bd.*, 450 U.S. 707 (1981);

(4) *Lindell v. McCallum*, 352 F.3d 1107 (7th Cir.2003);

(5) *Real Alternatives,Inc. v. Sec'y Dep't of Health & Human Servs.*,150 F.Supp. 3d 419, 2017 WL3324690 (3d Cir. Aug.4, 2017); and

(6) *Wells v. City and County of Denver*, 257 F.3d 1132 (10th Cir. 2001);

Whereas, several former self-identified homosexual

activists, medical experts, licensed ministers, and persecuted Christians have testified under oath that non-secular self-asserted sex-based identity narratives, such as homosexuality and transgenderism, and sexual orientation orthodoxy are doctrines, ideologies, and dogmas that are part of a worldview consisting of a series of unproven faith-based assumptions and naked assertions that are implicitly religious and inseparably linked to the religion of secular humanism;

Whereas, the LGBTQ community is centered on a "closed system" that is organized, full, and provides a comprehensive code by which individuals may guide their daily activities, making LGBTQ secular humanism a religion in view of the legal definition of what constitutes a religion provided by the courts in cases such as *United States v. Seeger*, 380 US 163 (1965); *Welsh v. United States*, 398 U.S. 333 (1970); *Real Alternatives, Inc. v. Sec'y Dep't of Health & Human Servs.*,150 F. Supp. 3d 419 (3d Cir. Aug. 4,2017);

Whereas, instead of having a cross, the ten commandments, or the star and crescent, the LGBTQ secular humanist religion has the rainbow-colored flag to symbolize its religious beliefs, practices, and values;

Whereas, the beliefs that a person "was born with a gay gene" or "was born in the wrong body" and are thereby entitled to special treatment, amounts to a series of unproven faith-based assumptions and naked assertions that are implicitly religious and cannot be used as the basis for law and policy because the establishment clause prohibits such beliefs from being legally promoted, endorsed, or respected by government;

Whereas, regardless of political affiliation, all members of the general assembly and all executive and judicial officers are bound by oath to put their own political and religious beliefs aside and to comply with their duty to honor their oath

of office pursuant to clause 3 of article VI to uphold the United States Constitution and to, therefore, immediately stop creating, respecting, and enforcing policies that promote the plausibility of non-secular self-asserted sex-based identity narratives and sexual orientation orthodoxy because all of those policies fail all three prongs of the *Lemon* test established by the United States Supreme Court in *Lemon v. Kurtzman*, 403 U.S. 602 (1971) for:

(1) constituting non-secular shams that lack a primary secular purpose;

(2) cultivating indefensible legal weapons against non-observers of the religion of secular humanism; and

(3) serving to excessively entangle the government with the religion of secular humanism;

Whereas, the United States Supreme Court in *Edwards v. Aguillard,* 482 U.S. 578 (1987) and *Agostini v. Felton*, 521 U.S. 203 (1997) found that if government action fails one prong of the *Lemon* test, it is unconstitutional, and the evidence shows that the enforcement and creation of policies that respect non-secular self-asserted sex-based identity narratives or sexual orientation ideology fail all three prongs of the *Lemon* test;

Whereas, the United States Supreme Court in *Lee v. Weisman*, 505 U.S. 577 (1992) found that there are "heightened concerns with protecting freedom of conscience from subtle coercive pressure in the elementary and secondary public schools," while also holding in *Edwards v. Aguillard*, 482 U.S. 578 (1987) that the government "should be particularly vigilant in monitoring compliance with the establishment clause in the public-school context," when minors are subjected to religious indoctrination with the perception of the government's stamp of approval;

Whereas, the Federal Courts have held, in cases like *Holloman v. Harland,* 370 F.3 1252 (11th Cir. 2004), that neither emotional appeals nor sincerity of belief can be used to usurp the establishment clause of the first amendment and all policies that respect and promote non-secular self-asserted sex-based identity narratives and sexual orientation orthodoxy have been based on a series of emotional appeals at the expense of this principle;

Whereas, the Supreme Court in *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) misapplied the fourteenth amendment through an unprincipled ploy, and issued decisions that were based solely on a series of emotional appeals as a way to get around the establishment clause of the first amendment of the United States Constitution;

Whereas, in the wake of *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019), there has not been the promised equality, tolerance, and unity, but instead, there has been division, domination by secular humanists, the proliferation of moral superiority complexes by moral relativists, cancel culture, the erosion of the integrity of the legal basis supporting the race-based civil rights movement which is objectively based on immutability, increased sexual exploitation and licentiousness, the proliferation of sexual confusion amongst minors, and the marginalization and even violent oppression of non-observers of the religion of secular humanism, demonstrating that those decisions amount to some of the greatest non-secular shams since the inception of American jurisprudence;

Whereas, the Supreme Court's position in *INS v. Chada*, 462 U.S. 919 (1983) and *Nixon v. U.S.*, 506 U.S. 224 (1993) emphasized that the legislative branch must serve as a check on the judicial and executive branch, and by enacting the School Establishment Clause Act (SECA) the Texas legislature will be fulfilling that duty;

Whereas, the United States Supreme Court held in *Seminole Tribe of Fla. v. South Carolina*, 517 U.S. 44 (1996) and in *St. Joseph Stock Yards Co. v. United States*, 298 U.S. 38 (1936) that "Stare Decisis is at its weakest when the Supreme Court interprets the constitution because its decisions can be altered only by constitutional amendment or by overruling prior decisions";

Whereas, *Obergefell v. Hodges,*135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) merely involved Constitutional interpretation which means that Stare Decisis is at its weakest involving those decisions;

Whereas, the United States Supreme Court in *Cooper Industries, Inc. v. Aviall Services*, Inc.  543 U.S. 157 (2004) stated that "[Constitutional] questions which merely lurk in the record, neither brought to [the] attention of the court nor ruled upon, are not to be considered as having been so decided as to constitute precedents;"

Whereas, in *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019), *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015) and *United States v. Windsor,* 133 S. Ct. 2675 (2013), the controlling applicability of the establishment clause of the first amendment of the United States Constitution regarding sexual orientation orthodoxy was lurking in the shadows of those cases but not decided upon by the Supreme Court, which means that Stare Decisis does not apply, and those cases are subjected

to being overruled for being framed on the wrong constitutional narrative;

Whereas, the United States Supreme Court has repeatedly held that the States have a compelling interest to uphold community standards of decency, to discourage licentiousness, and to enact policies that stop attempts to justify practices that are inconsistent with the peace and safety of the state, as underscored by the state's inherent police powers in the tenth amendment of the United States Constitution;

Whereas, the United States Supreme Court found in *Ginsberg v. New York*, 390 U.S. 629 (1968) and *Mishkin v. State of New York*, 383 U.S. 502 (1966) that "to simply adjust the definition of obscenity to social realities has always failed to be persuasive before the Courts of the United States", and such adjustments fail to be persuasive to the state of Texas;

Whereas, courts,  in cases like *Schlegel v. United States*, 416 F. 2d 1372 (Ct. Cl. 1969), have held as a matter of self-evident observation that "any schoolboy knows that a homosexual act is immoral, indecent, lewd, and obscene.  Adult persons are even more conscious that this is true";

Whereas, a public school policy that permits self-identified transvestites who are biological males to participate in sports for biological females in an attempt to show respect to their non-secular self-asserted sex-based identity narrative fails the three prongs of the *Lemon* test by a landslide, promotes licentiousness, erodes community standards of decency, and is an attempt to justify practices that are inconsistent with the peace and safety of the state;

Whereas, the Supreme Court decision in *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) was invalid because requiring that "sexual orientation" be read into the term "sex" in Title VIII, 42 U. S. C. §2000e-2(a)(1) causes the